UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC)<br><br>ORDER |

This matter comes before the Court by way of Plaintiffs' motion to partially modify the PSLRA discovery stay [CM/ECF Docket Entry No. 53], and, based on the reasons set forth in the Court's corresponding Opinion dated May 22, 2009,

**IT IS** on this **22nd day of May, 2009**,

**ORDERED** that Plaintiffs' motion to partially modify the PSLRA discovery stay [CM/ECF Docket Entry No. 53] is **denied.**

**SO ORDERED.**

/s/ Mark Falk
**Mark Falk**
**United States Magistrate Judge**

Orig.:  Clerk of the Court
cc:     Hon. Dennis M. Cavanaugh, U.S.D.J.
        All Parties
        File