James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Stephen A. Weiss
Christopher A. Seeger
SEEGER WEISS LLP
550 Broad Street
Newark, New Jersey 07102
(973) 639-9100

Co-Liaison Counsel for the Class

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD)<br><br>**ORDER** |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, Co-Liaison Counsel for Plaintiffs in the above matter, and Defendants consenting hereto, and good cause appearing,

IT IS THIS _29th_ day of November, 2010

ORDERED that Lead Plaintiff Deka International (Ireland) Limited is hereby withdrawn as Lead Plaintiff and as a plaintiff.

_____
JOSEPH A. DICKSON, U.S.M.J.