| | |
|---|---|
| Jay W. Eisenhofer | Salvatore J. Graziano |
| Daniel L. Berger | Adam H. Wierzbowski |
| John C. Kairis | Laura H. Gundersheim |
| Jeff A. Almeida | Sean O'Dowd |
| Diane T. Zilka | BERNSTEIN LITOWITZ |
| GRANT & EISENHOFER P.A. | BERGER & GROSSMANN LLP |
| 1201 N. Market Street | 1285 Avenue of the Americas |
| Wilmington, DE 19801 | New York, NY 10019 |
| (302) 622-7000 | (212) 554-1400 |

*CO-LEAD COUNSEL FOR THE CLASS*

| | |
|---|---|
| James E. Cecchi | Stephen A. Weiss |
| CARELLA, BYRNE, CECCHI | Christopher A. Seeger |
| OLSTEIN, BRODY & AGNELLO | SEEGER WEISS LLP |
| 5 Becker Farm Road | 550 Broad Street |
| Roseland, NJ 07068-1739 | Newark, NJ 07102 |
| (973) 994-1700 | (973) 639-9100 |

*CO-LIAISON COUNSEL FOR THE CLASS*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD)<br><br>**NOTICE OF MOTION** |

To:   All Persons on ECF Notice List

**PLEASE TAKE NOTICE** that on July 5, 2011 at 10 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Lead Plaintiffs Stichting Pensioenfonds ABP, International Fund Management, S.A. (Luxemburg), the Jacksonville Police and Fire Retirement System, and the General Retirement System of the City of Detroit (collectively referred to as "Lead Plaintiffs"), by their undersigned attorneys, shall move before the Hon. Joseph A. Dickson, U.S.M.J. at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New

Jersey, pursuant to the ¶ 1 of the Fifth Amended Pretrial Scheduling Order in this case (Dkt No. 221) and Fed.R.Civ.P. 15(a)(2), for an Order granting Lead Plaintiff's leave to file the First Amended Consolidated Complaint for Violation of the Federal Securities Laws (hereafter, the "Amended Complaint") (submitted concurrently herewith).

The undersigned intends to rely upon the annexed brief.

The undersigned hereby requests oral argument in the event that timely opposition papers are filed.

CARELLA BYRNE CECCHI
OLSTEIN BRODY & AGNELLO, PC
*Liaison Counsel for Plaintiffs*

By:     /s/ James E. Cecchi
           JAMES E. CECCHI

Dated:   June 3, 2011

| | |
|---|---|
| SEEGER WEISS LLP<br>Stephen A. Weiss<br>Christopher A. Seeger<br>550 Broad Street<br>Newark, NJ  07102<br>(973) 639-9100<br>*Co-Liaison Counsel for Plaintiffs* | |
| BERNSTEIN LITOWITZ BERGER &<br>GROSSMANN LLP<br>Salvatore J. Graziano<br>Adam H. Wierzbowski<br>Laura H. Gundersheim<br>Sean O'Dowd<br>1285 Avenue of the Americas<br>New York, NY  10019<br>Telephone:  (212) 554-1400<br>Facsimile:  (212) 554-1444 | GRANT & EISENHOFER P.A.<br>Jay W. Eisenhofer<br>Daniel L. Berger<br>John C. Kairis<br>Diane Zilka<br>Jeff A. Almeida<br>485 Lexington Avenue<br>New York, NY  10017<br>(646) 722-8500<br>*Co-Lead Counsel for Plaintiffs* |

| | |
|---|---|
| *Co-Lead Counsel for Plaintiffs*<br><br>LABATON SUCHAROW LLP<br>Christopher J. McDonald<br>140 Broadway<br>New York, NY  10005<br>Telephone:  (212) 907-0700<br>Facsimile:  (212) 818-0477<br>*Counsel for Named Plaintiff Genesee County Employees' Retirement System*<br><br>OF COUNSEL:<br><br>DIAZ REUS, LLP<br>Alexander Reus<br>Bank of America Tower<br>  at International Place<br>100 S.E. Second Street, Suite 2600<br>Miami, Florida 33131<br>Telephone (305) 375-9220<br>Facsimile (305) 375-8050 | |