# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., VYTORIN/ZETIA SECURITIES LITIGATION, | : HON. DENNIS M. CAVANAUGH<br>: UNITED STATES DISTRICT JUDGE<br>:<br>:<br>: Civil Action No. 08CVcv2177 (DMC)(JAD)<br>:<br>: |

## ORDER VACATING CLASS CERTIFICATION

An Order granting class certification in the above entitled matter being entered erroneously on May 31, 2011, said Order is hereby **vacated**.

DENNIS M. CAVNAUGH
United States District Judge

Dated: June 6, 2011
Original: Clerk
cc: Hon. Joseph A. Dickson, U.S.M.J.
    File