# Exhibit L

## Jeff Almeida

**From:** Jeff Almeida
**Sent:** Wednesday, August 11, 2010 5:57 PM
**To:** 'nancy_behrens@surgehealthcare.com'
**Subject:** Re: Behrens Affidavit

That's fine. Thx.

---

**From:** Nancy Behrens <nancy_behrens@surgehealthcare.com>
**To:** Jeff Almeida
**Sent:** Wed Aug 11 17:56:21 2010
**Subject:** RE: Behrens Affidavit

I am out of the office and away until Wednesday of next week…will email a pdf back with a signature to you next Wednesday.

N

---

**From:** Jeff Almeida [mailto:JAlmeida@gelaw.com]
**Sent:** Wednesday, August 11, 2010 4:30 PM
**To:** Nancy Behrens
**Subject:** RE: Behrens Affidavit

thank you. this is certainly sufficient for now. if possible, however, could you sign it by hand, and return to me by email or fax at the number below.
thanks again. we'll do our best to keep your identity protected.
JA

Jeff A. Almeida
Grant & Eisenhofer, P.A.
Chase Manhattan Center
1201 N. Market Street
Wilmington, DE  19801
jalmeida@gelaw.com
Tel: 302-622-7122
Fax: 302-622-7100
Secretary:  Rita McKeon

---

**From:** Nancy Behrens [mailto:nancy_behrens@surgehealthcare.com]
**Sent:** Wednesday, August 11, 2010 4:11 PM
**To:** Jeff Almeida
**Subject:** RE: Behrens Affidavit

Signed:

Nancy Behrens

---

6/28/2011

**From:** Jeff Almeida [mailto:JAlmeida@gelaw.com]
**Sent:** Wednesday, August 11, 2010 4:00 PM
**To:** Nancy Behrens
**Subject:** Behrens Affidavit

Here you go.