UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Genesee County Employees' Retirement System | : Civil Action No. 08-2177 (DMC) |
| Plaintiff, | : |
| v. | : |
| | : **UNSEALING ORDER** |
| Merck & Co., Inc. | : |
| Defendant, | : |

**THIS MATTER** having been raised to the Court by letter dated 6/30/11 from Tompkins, McGuire, Wachenfeld & Barry, LLP; and for good cause shown,

IT IS on this 1st day of July, 2011;

ORDERED that documents #156 and 158 are hereby unsealed.

_____
HONORABLE JOSEPH A. DICKSON
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Dennis M. Cavanaugh, USDJ