| | |
|---|---|
| Jay W. Eisenhofer<br>Daniel L. Berger<br>John C. Kairis<br>Jeff A. Almeida<br>Diane Zilka<br>GRANT & EISENHOFER P.A.<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>(302) 622-7000<br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | Salvatore J. Graziano<br>Adam H. Wierzbowski<br>Laura H. Gundersheim<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 554-1400<br>*Co-Lead Counsel for Lead Plaintiffs and the Class* |

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Co-Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC.<br>VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD)<br><br>**AMENDED**<br>**NOTICE OF MOTION** |

To:   All Counsel on ECF Mailing List

COUNSEL:

PLEASE TAKE NOTICE that in accordance with the schedule set forth in the Fourth Stipulated Amendment to Pretrial Scheduling Order, entered on February 1, 2011, the undersigned counsel for Plaintiffs shall move before Hon. Dennis M. Cavanaugh, U.S.D.J. at the United States Post Office and Courthouse Building, Newark, New Jersey 07101 for class certification in accordance with Fed.R.Civ.P. 23.

The undersigned intends to rely upon the annexed Amended Memorandum of Law, Joint Declaration Of Daniel L. Berger and Salvatore J. Graziano filed on February 7, 2011 (Dkt. No. 121-5),  and Declaration of Gregg A. Jarrell, dated September 15, 2011 and filed concurrently herewith.  A proposed form of Order is also annexed.

The undersigned hereby requests oral argument.

                CARELLA, BYRNE, CECCHI,
                OLSTEIN, BRODY & AGNELLO, P.C.
                Co-Liaison Counsel for Plaintiffs


BY:   /s/ James E. Cecchi
      JAMES E. CECCHI

Dated: September 16, 2011

Jay W. Eisenhofer
Daniel L. Berger
John C. Kairis
Jeff A. Almeida
Diane Zilka
GRANT & EISENHOFER P.A.
1201 N. Market Street
Wilmington, Delaware 19801
(302) 622-7000

Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

*Co-Lead Counsel for Lead Plaintiffs and the Class*