| | |
|---|---|
| Jay W. Eisenhofer<br>Daniel L. Berger<br>John C. Kairis<br>Jeff A. Almeida<br>Diane Zilka<br>GRANT & EISENHOFER P.A.<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>(302) 622-7000<br>*Co-Lead Counsel for Lead Plaintiffs and the Class* | Salvatore J. Graziano<br>Adam H. Wierzbowski<br>Laura H. Gundersheim<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 554-1400<br>*Co-Lead Counsel for Lead Plaintiffs and the Class* |

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Co-Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC.<br>VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD)<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that, on September 16, 2011, he caused to be served a true copy of: (1) Plaintiffs' Amended Notice of Motion; (2) Amended Memorandum of Law; (3) Declaration of Gregg A. Jarrell, dated September 15, 2011; and (4) a proposed form of Order, electronically through the District of New Jersey ECF System to all counsel of record.

Dated:  September 16, 2011              /s/ James E. Cecchi