**TOMPKINS, MCGUIRE,**
**WACHENFELD & BARRY LLP**
William B. McGuire
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-3000
wmcguire@tompkinsmcguire.com
wtrousdale@tompkinsmcguire.com
benglish@tompkinsmcguire.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ ENHANCE SECURITIES LITIGATION | Civil Action No. 08-397 (DMC)(JAD) |
| IN RE MERCK & CO., INC., VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC)(JAD) |
| IN RE SCHERING-PLOUGH CORP. ENHANCE ERISA LITIGATION | Civil Action No. 08-1432 (DMC)(JAD) |
| IN RE MERCK & CO., INC. VYTORIN ERISA LITIGATION | Civil Action No. 08-1974 (DMC)(JAD) |
| CAIN v. HASSAN, *et al.* | Civil Action No. 08-1022 (DMC)(JAD) |
| LOCAL NO. 38 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS PENSION FUND v. CLARK, *et al.* | Civil Action No. 09-5668 (DMC)(JAD) |

## ORDER GRANTING PRO HAC VICE ADMISSION

THIS MATTER having been opened to the Court by Tompkins, McGuire, Wachenfeld & Barry LLP, counsel for Defendants Merck & Co., Inc., Schering-Plough Corporation, and related defendants ("Defendants"), seeking entry of an Order admitting Daniel J. Leffell, Esq., of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, to the bar of this Court *pro hac vice;* and the Plaintiffs having indicated they consent to the *pro hac vice* admission of Mr. Leffell; and the Court having reviewed the submission on behalf of Mr. Leffell; and good cause having been shown;

IT IS on this 23 day of September, 2011,

ORDERED that Mr. Leffell be permitted to appear *pro hac vice* pursuant to L.Civ.R. 101.1 for the sole purpose of entering an appearance on behalf of, and representing, the Defendants in this matter; and it is

FURTHER ORDERED that all pleadings, briefs and other papers filed with the Court shall be signed by William B. McGuire, Esq., or his partners or associates, as Counsel of Record for the Defendants pursuant to L.Civ.R. 101.1(c)(3), who shall be held responsible for said papers and for the conduct of the cause, and who shall be present before the Court during all steps of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted herein; and it is

FURTHER ORDERED that pursuant to L.Civ.R. 101.1(c)(3), Mr. Leffell shall arrange to make payment of $150 to the Clerk of this Court within 20 days of the date of entry of this Order; and it is

FURTHER ORDERED that for the duration of this case, Mr. Leffell shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, in accordance with New Jersey Court Rule 1:28-2, within twenty (20) days of the date of the entry of this Order; and it is

FURTHER ODERED that Mr. Leffell shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including the provisions of L.Civ.R. 104.1 Discipline of Attorneys; and it is

FURTHER ORDERED that Mr. Leffell shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and it is

FURTHER ORDERED that Mr. Leffell shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey's contingent fee rule, pursuant to New Jersey Court Rule 1:21-7, as amended.

_____
HON. JOSEPH A. DICKSON
UNITED STATES MAGISTRATE JUDGE