| TRANSCRIPT CITATIONS RE TIME PERIOD 12/1/2006-12/6/2006 | | |
|---|---|---|
| **No.** | **WITNESS** | **CITATIONS** |
| 1. | Arm, Matthew (1/13/2011) | 64:16-70:24 |
| 2. | Bell, Graeme (2/24/2011) | 69:3-81:10 |
| 3. | Bertolini, Robert (6/21/2011) | 56:4-63:23, 66:19-68:14 |
| 4. | Bond, Meredith Gene (2/24/2011) | 107:7-111:10 |
| 5. | Bots, Michiel (5/17/2011) | 32:2-35:15 |
| 6. | Christiansen, Bo (3/15/2011) | 13:18-30:7, 34:3-41:12, 100:6-101:2 |
| 7. | Clark, Richard (7/19/2011) | 110:22-147:2, 290:7-290:20 |
| 8. | Cox, Carrie (6/24/2011) | 67:24-69:17 |
| 9. | Davies, Lee (5/12/2011) | 161:11-171:18 |
| 10. | Denke, Margo (3/18/2011) | 42:17-69:7, 81:6-83:23, 119:3-128:16 |
| 11. | Frank, Steven (06/28/2011) | 59:22-64:21 |
| 12. | Frazier, Kenneth (7/7/2011) | 32:11-38:7, 87:12-88:13 |
| 13. | Hassan, Fred (7/21/2011) | 111:11-126:21, 293:298:10 |
| 14. | Hirt, Arthur (1/11/2011) | 66:12-81:10, 196:8-198:10, 215:18-221:3 |
| 15. | Hynes, Jean (7/20/2011) | 119:2-119:12 |
| 16. | Kastelein, John (5/17/2011) | 34:12-37:1, 56:16-61:5 |
| 17. | Khanna, Deepak (3/31/2011) | 186:12-244:5 |
| 18. | Kim, Peter (3/4/2011) | 13:8-28:5, 70:12-73:22, 162:21-169:13, 257:2-258:2 |
| 19. | Matin, Michael (06/03/2011) | 19:8-20:21, 59:21-62:7, 68:23-74:10, 75:24-88:18 |
| 20. | Musliner, Thomas (03/17/2011) | 75:25-116:3 |
| 21. | Natauri, Jyothsna (5/27/2011) | 103:22-112:13 |
| 22. | Petrauskas, Stanley (4/12/2011) | 148:2-158:10, 202:7-203:2, 217:5-229:15 |
| 23. | Polischuk, Trevor (06/28/2011) | 39:6-58:, 77:5-87:11 |
| 24. | Sanyal, Sumali (5/24/2011) | 55:13-64-18 |
| 25. | Shi, Genming (2/18/2011) | 51:13-55:9, 103:11-126:19 |
| 26. | Spiegel, Robert (7/13/2011) | 30:4-44:17 |
| 27. | Stein, James (4/26/2011) | 52:20-67:3, 78:7-82:24, 177:17-183:17, 194:3-196:9 |
| 28. | Stepanavage, Michael (5/6/2011) | 35:14-37:13 |
| 29. | Stoner, Elizabeth (4/14/2011) | 79:10-104:15, 116:22-120:17 |
| 30. | Strony, John (Vol 1. – 2/15/2011; Vol. 2 – 2/16/2011) | Vol 1: 125:9-133:19, 152:21-181:9, 200:22-238:20<br><br>Vol 2: 311:5-315:20 |
| 31. | Suresh, Ram (5/26/2011) | 70:11-73:4, 147:22-150:4, 153:17-154:18 |
| 32. | Veltri, Enrico (Vol. I – 6/2/2011; Vol. II – 6/3/2011) | Vol I: 179:15-193:20, 204:4-209:8, 213:13-216:23, 231:16-232:21, 265:5- |

2

| TRANSCRIPT CITATIONS RE TIME PERIOD 12/1/2006-12/6/2006 | | |
|---|---|---|
| **No.** | **WITNESS** | **CITATIONS** |
| | | 290:3 <br><br> Vol II: 349:5-353:4, 360:19-362:18, 374:7-381:6 |
| 33. | Wang, Chen (12/21/2010) | 32:14-86:2, 96:21-107:5, 112:9-139:3, 153:19-157:8, 164:10-170:8, 186:5-190:2 |
| 34. | Warner, Grey (6/15/2011) | 161:15-166:25, 171:13-201:19 |
| 35. | Yang, Bo (1/26/2011) | 187:14-188:6, 241:25-250:16, 283:2-286:20, 292:16-292:23 |

Doc#: US1:7412461v1