## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | 08-CV-397 (DMC) (JAD) |
| IN RE MERCK & CO., INC., VYTORIN/ZETIA SECURITIES LITIGATION | 08-CV-2177 (DMC) (JAD) |

### STIPULATION AND ORDER

WHEREAS, on November 18, 2011, plaintiffs served an "Errata to Expert Report of Chad Coffman" ("Errata") following the exchange of opening and rebuttal expert reports, and after the deposition of Chad Coffman was taken on November 15, 2011; and

WHEREAS, the parties have agreed that defendants shall be given an opportunity to depose plaintiffs' expert concerning the "Errata" before filing their opposition to the motions for class certification;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that:

1.      Plaintiffs will make Mr. Coffman available for deposition concerning the "Errata" on or before November 29, 2011;

2.      Defendants' oppositions to the motions for class certification will be due by 5pm on December 6, 2011, and Plaintiffs' reply briefs will be due by January 31, 2012;

3.      Defendants reserve all rights to challenge the appropriateness, validity, and admissibility of the "Errata" and opinions therein, whether by motion or otherwise.

Dated:  November 21, 2011

| | |
|---|---|
| **CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**<br>5 Becker Farm Road<br>Roseland, New Jersey  07068<br>(973) 994-1700<br>jcecchi@carellabyrne.com<br>ltaylor@carellabyrne.com<br>*Liaison Counsel for Lead Plaintiffs*<br>(08-397, 08-2177)<br><br>*James E. Cecchi /dj*<br>───────────────<br>James E. Cecchi | **TOMPKINS MCGUIRE, WACHENFELD & BARRY, LLP**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-3300<br>wmcguire@tompkinsmcguire.com<br>*Attorneys for Merck and Schering-Plough*<br>(08-397, 08-2177)<br><br>*William B. McGuire /dj*<br>───────────────<br>William B. McGuire |
| **SEEGER WEISS LLP**<br>550 Broad Street<br>Newark, NJ  07102<br>(973) 639-9100<br>cseeger@seegerweiss.com<br>sweiss@seegerweiss.com<br>dbuchanan@seegerweiss.com<br>*Co-Liaison Counsel for Lead Plaintiffs*<br>(08-397, 08-2177)<br><br>*Stephen A Weiss /dj*<br>───────────────<br>Stephen A. Weiss | **LOWENSTEIN SANDLER PC**<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 597-2500<br>deakeley@lowenstein.com<br>grooney@lowenstein.com<br>jhalper@lowenstein.com<br>*Attorneys for Merck and Schering-Plough*<br>(08-397, 08-2177)<br><br>*Gavin J. Rooney /dj*<br>───────────────<br>Gavin J. Rooney |
| **GRANT & EISENHOFER P.A.**<br>485 Lexington Avenue<br>29th Floor<br>New York, NY  10017<br>(646) 722-8500<br>jeisenhofer@gelaw.com<br>dberger@gelaw.com<br>jkairis@gelaw.com<br>jalmeida@gelaw.com<br>*Co-Lead Counsel for the Class* (08-2177)<br><br>*Dan Berger /dj*<br>───────────────<br>Dan Berger | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000<br>dkramer@paulweiss.com<br>agordon@paulweiss.com<br>aoh@paulweiss.com<br>*Attorneys for Merck and  Schering-Plough*<br>(08-397, 08-2177)<br><br>*Daniel J. Kramer /dj*<br>───────────────<br>Daniel J. Kramer |

| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 554-1400<br>sgraziano@blbglaw.com<br>*Co-Lead Counsel for the Class*<br>(08-397, 08-2177) | **SILLS CUMMIS & GROSS P.C.**<br>The Legal Center<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973) 643-7000<br>jgreenbaum@sillscummis.com<br>*Attorneys for the Underwriter Defendants*<br>(08-397) |
| *Salvatore J. Graziano /dj*<br><u> </u><br>Salvatore J. Graziano | *Jeffrey J. Greenbaum /dj*<br><u> </u><br>Jeffrey J. Greenbaum |
| **LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br>cmcdonald@labaton.com<br>*Co-Lead Counsel for the Class* (08-397);<br>*Counsel for Named Plaintiff Genesee County*<br>*Employees' Retirement System* (08-2177) | **SHEARMAN & STERLING LLP**<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 848-4000<br>daniel.laguardia@shearman.com<br>*Attorneys For The Underwriter Defendants*<br>(08-397) |
| *Christopher J. McDonald /dj*<br><u> </u><br>Christopher J. McDonald | *Daniel H.R. Laguardia/dj*<br><u> </u><br>Daniel H.R. Laguardia |

**SO ORDERED,**
this 22 day of Nov , 2011


Joseph A. Dickson
United Stated Magistrate Judge

3