

| | | |
|---|---|---|
| 1201 North Market Street<br>Wilmington, DE 19801<br>Tel: 302-622-7000 • Fax: 302-622-7100 | **Grant & Eisenhofer P.A.**<br>485 Lexington Avenue<br>New York, NY 10017<br>Tel: 646-722-8500 • Fax: 646-722-8501<br>www.gelaw.com | 1920 L Street, N.W., Suite 400<br>Washington, DC 20036<br>Tel: 202-783-6091 • Fax: 202-350-5908 |

Direct Dial: 646-722-8522
Email: dberger@gelaw.com

November 28, 2011

**VIA OVERNIGHT MAIL & ECF**

William T. Walsh
Clerk of the Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *In re Merck & Co., Inc. Vytorin/Zetia Sec. Litig.*, **No. 2:08-cv-2177 (DMC)**

Dear Mr. Walsh:

My firm, Grant & Eisenhofer P.A., is Co-Lead Counsel for the Class in the above referenced action. Please note that the new address for Jay W. Eisenhofer of our firm, effective immediately, is Grant & Eisenhofer P.A., 123 Justison Street, Wilmington, DE 19801, telephone 302-622-7000 and fax 302-622-7100. The email addresses for firm attorneys remain the same. Mr. Eisenhofer's previous address was Grant & Eisenhofer P.A., 1201 N. Market Street, Wilmington, DE 19801.

Thank you for your attention to this matter. If you have any questions, we are available at your convenience.

Sincerely,

Daniel L. Berger

cc: All Counsel (via ECF)