UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-CV-2177 (DMC) (JAD) |

**AFFIDAVIT IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

STATE OF NEW YORK)
                 )   ss.:
COUNTY OF NEW YORK  )

Andrew G. Gordon, being duly sworn, deposes and says:

1. I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for Defendant Merck & Co., Inc. I respectfully submit this affidavit in support of Defendants' Memorandum of Law in Opposition to Lead Plaintiffs' Motion for Class Certification, solely to put certain documents before the Court.

2. Attached as Exhibit 1 is a true and correct copy of the Consolidated Class Action Complaint, dated October 6, 2008 (Docket Entry 24).

3. Attached as Exhibit 2 is a true and correct copy of a News Release issued by Merck/Schering-Plough Pharmaceuticals, on January 14, 2008, at 8:05am.

4. Attached as Exhibit 3 is a true and correct copy of the "Transcript of FDA Press Conference on Early Communication about an Ongoing Review of Vytorin," dated January 25, 2008.

5. Attached as Exhibit 4 is a true and correct copy of an FDA press release, entitled "Follow-up to the January 25, 2008 Early Communication about an Ongoing Data Review for Ezetimibe/Simvastatin (marketed as Vytorin), Ezetimibe (marketed as Zetia), and Simvastatin (marketed as Zocor)," dated January 8, 2009.

6. Attached as Exhibit 5 is a true and correct copy of a *New York Times* article, entitled "Study Reveals Doubt on Drug For Cholesterol," dated January 15, 2008.

7. Attached as Exhibit 6 is a true and correct copy of a *Bloomberg News* article, entitled "Merck, Schering's Vytorin No Better Than Generic (Update 4)," dated January 14, 2008.

8. Attached as Exhibit 7 is a true and correct copy of excerpts from the deposition transcript of Lead Plaintiffs' designated expert,

**REDACTED**

9. Attached as Exhibit 8 is a true and correct copy of excerpts from the deposition transcript of Lead Plaintiff,

**REDACTED**

10. Attached as Exhibit 9 is a true and correct copy of excerpts from the "Declaration of James E. Cecchi In Support of the Motion of Institutional Investor Group for Consolidation, Appointment as Lead Plaintiff, and Approval of Its Selection of Counsel," which was filed with the Court on June 3, 2008 (Docket Entries 9-3, 9-4.)

11. Attached as Exhibit 10 is a true and correct copy of excerpts from the deposition transcript of Lead Plaintiff,

**REDACTED**

12. Attached as Exhibit 11 is a true and correct copy of excerpts from the deposition transcript of Lead Plaintiff,

**REDACTED**

13. Attached as Exhibit 12 is a true and correct copy of excerpts from the deposition transcript of Lead Plaintiff,

**REDACTED**

3

**REDACTED**

14. Attached as Exhibit 13 is a true and correct copy of excerpts from the deposition transcript of Lead Plaintiff,

**REDACTED**

15. Attached as Exhibit 14 is a true and correct copy of a document produced by Lead Plaintiff,

**REDACTED**

16. Attached as Exhibit 15 is a true and correct copy of excerpts from the deposition transcript of Lead Plaintiff,

**REDACTED**

17. Attached as Exhibit 16 is a true and correct copy of excerpts from the deposition transcript of

**REDACTED**

18. Attached as Exhibit 17 is a true and correct copy of the certification of  **REDACTED**

19.    Attached as Exhibit 18 is a true and correct copy of a document produced by Lead Plaintiff,

**REDACTED**

20.    Attached as Exhibit 19 is a true and correct copy of excerpts from the deposition transcript of

**REDACTED**

21.    Attached as Exhibit 20 are true and correct copies of documents marked as Defendants' Exhibit 22 and 22A during the Rule 30(b)(6) deposition of Lead Plaintiff, **REDACTED**

22.    Attached as Exhibit 21 is a true and correct copy of excerpts from the deposition transcript of

**REDACTED**

23.    Attached as Exhibit 22 is a true and correct copy of excerpts from the deposition transcript of

**REDACTED**

24.    Attached as Exhibit 23 is a true and correct copy of excerpts from the deposition transcript of

**REDACTED**

25. Attached as Exhibit 24 is a true and correct copy of excerpts from the deposition transcript of

**REDACTED**

26. Attached as Exhibit 25 is a true and correct copy of excerpts from the deposition transcript of

**REDACTED**

December 6, 2011
New York, New York

_____
Andrew G. Gordon

Sworn to before me this
6th day of December, 2011

_____
Notary Public

DOLLY ELEFANTE
Notary Public, State of New York
No. 01EL6121562
Qualified in Nassau County
Commission Expires January 18, 2013