UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>MERCK & CO., INC. and RICHARD T. CLARK,<br><br>     Defendants. | Civil Action No.: 2:08cv2177 (DMC) |
| MAYER HORWITZ and PHILIPPE HOFMANS, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>MERCK & CO., INC. and RICHARD T. CLARK,<br><br>     Defendants. | Civil Action No.: 2:08cv2260 (DMC) |



EXHIBIT 6
WIT: ____
DATE: 2/8/11
MAUREEN O. POLLARD

DECLARATION OF JAMES E. CECCHI IN SUPPORT OF THE MOTION OF INSTITUTIONAL INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL

James E. Cecchi, declares under penalty of perjury, this 3rd day of June, 2008:

1. I am a partner in the law firm of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and a member in good standing of the bar of the State of New Jersey. I submit this Declaration in support of the Motion of Stichting Pensioenfonds ABP ("ABP"), International Fund Management, S.A. (Luxemburg) ("IFM-Luxemburg"), Deka International S.A.

(Luxemburg) ("Deka-Luxemburg"), Jacksonville Police and Fire Pension and the General Retirement System of the City of Detroit (collectively referred to as the "Institutional Investor Group"), for Appointment as Lead Plaintiff, and Approval of Its Selection of Counsel.

2.      Attached hereto as Exhibit A is a true and correct copy of the signed certifications of J.G.H.C.M. Beris and E.C.E. Swiderski, on behalf ABP; Oliver Behrans, on behalf of Deka International (Ireland) Ltd.; Rainer Mach and Holger Hildebrandt, on behalf of International Fund Management S.A., Luxemburg; Walter Stampor, on behalf of the General Retirement System of the City of Detroit, and John Keane, on behalf of the Jacksonville Police & Fire Pension Fund, pursuant to the requirements of the Private Securities Litigation Reform Act ("PSLRA") of 1995. 15 U.S.C. § 78u-4(a)(2).

3.      Attached hereto as Exhibit B1 is a true and correct copy of the notice to class members concerning the *Horwitz* action that was published on April 4, 2008 on *Prime Newswire* advising the public of the pendency of a class action filed on behalf of shareholders of Merck & Co., Inc. ("Merck") in connection with Vytorin and giving a lead plaintiff filing deadline of June 3, 2008.

4.      Attached hereto as Exhibit B2 is a true and correct copy of the notice to class members concerning the *Genesee County* action that was published on May 7, 2008 on *Prime Newswire* advising the public of the pendency of a expanded class action filed on behalf of shareholders of Merck & Co., Inc. ("Merck") in connection with Vytorin and giving a lead plaintiff filing deadline of June 3, 2008.

5.      Attached hereto as Exhibit C is a true and correct copy of the firm biography of Grant & Eisenhofer P.A., proposed Co-Lead Counsel.

2

6.      Attached hereto as <u>Exhibit D</u> is a true and correct copy of the firm biography of Bernstein Litowitz Berger & Grossmann LLP, proposed Co-Lead Counsel.

6.      Attached hereto as <u>Exhibit E</u> is a true and correct copy of the firm biography of Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein, proposed Co-Liaison Counsel.

6.      Attached hereto as <u>Exhibit F</u> is a true and correct copy of the firm biography of Seeger Weiss LLP, proposed Co- Liaison Counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 3, 2008.

/s/ James E. Cecchi
JAMES E. CECCHI

# EXHIBIT A

### CERTIFICATION OF DEKA INTERNATIONAL (IRELAND) LIMITED

The undersigned *Oliver Behrens* makes this Certification pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4, and states on information and beliefs as follows:

1.    I have reviewed the records of Deka International (Ireland) Limited ("Deka Ireland") in connection with transactions in the securities of Merck & Co., Inc. ("Merck") for the period of July 24, 2006 to March 28, 2008 (the "Class Period"). Those transactions are listed in the chart attached as Schedule A to this Certification.

2.    I have reviewed the complaint against Merck in connection with Vytorin and I am duly authorized to make this Certification on behalf of the Deka Ireland.

3.    Deka Ireland intends to actively monitor and vigorously pursue this action for the benefit of the class, rather than simply relying on its attorneys. Deka Ireland has retained the law firms of Grant & Eisenhofer P.A. and Diaz Reus Rolff & Targ LLP to represent it. These firms are knowledgeable and experienced in securities law and litigation, particularly with regard to the role and responsibilities of institutional investors in class actions.

4.    Like other investors who purchased Merck securities during the Class Period, Deka Ireland believes that its losses occurred as a result of the defendants' fraudulent conduct and violations of the securities laws. Deka Ireland believes that its claims against the defendants are typical of those of other members of the class.

5.    Deka Ireland did not purchase the securities that are the subject of the various complaints at the direction of counsel or to participate in any private action arising under the federal securities laws. Deka Ireland invested in Merck solely for its own business purposes.

6.      Deka Ireland is willing to serve as the representative party on behalf of the class of Merck security holders who invested during the Class Period.  Deka Ireland intends to pursue this litigation for the best interests of all class members and take whatever steps are necessary regardless of geographic location.

7.      During the three-year period preceding the date of this Certification, Deka Ireland has served or sought to serve as a representative party for a class in an action under the federal securities laws in the following securities class actions:

*In Re UBS AG Securities Litig.*, Civ. No. 1:07cv11225 (S.D.N.Y.) (Appointed)
*Selbst v. The Coca-Cola Company*, Civ. No. 05-1226 (N.D. Ga.) (Appointed)

8.      Deka Ireland will not accept any payment for serving as the representative party on behalf of the class beyond its *pro rata* share of any recovery, except as ordered and approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 2nd, 2008

Oliver Behrens, Member of the Board

## SCHEDULE A

**Merck & Co**
Class Period: 7/24/06 - 3/28/08
Deka International (Ireland) Limited

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| **Trade Date** | **Shares** | **Price** | | **Trade Date** | **Shares** | **Price** |
| Open Position | 1,221,110 | | | | | |
| 10/23/2006 | 140,000 | $45.4241 | | 8/3/2006 | 4,878 | $41.1100 |
| 10/25/2006 | 32,716 | $46.0700 | | 8/14/2006 | 7,938 | $40.8500 |
| 11/1/2006 | 35,201 | $45.6700 | | 8/16/2006 | 10,000 | $41.3000 |
| 11/6/2006 | 34,575 | $45.7862 | | 8/17/2006 | 4,750 | $41.3000 |
| 12/21/2006 | 94,212 | $43.6112 | | 8/28/2006 | 30,000 | $40.7087 |
| 1/12/2007 | 81,000 | $44.6673 | | 8/31/2006 | 3,744 | $40.8100 |
| 1/19/2007 | 180,000 | $45.9243 | | 9/26/2006 | 6,116 | $41.8100 |
| 1/24/2007 | 18,509 | $45.8495 | | 10/6/2006 | 10,000 | $41.4700 |
| 4/27/2007 | 82,340 | $51.7922 | | 10/18/2006 | 10,000 | $44.2000 |
| 6/14/2007 | 118,500 | $50.3921 | | 11/30/2006 | 11,860 | $44.5100 |
| 7/17/2007 | 21,526 | $50.2700 | | 12/4/2006 | 14,218 | $44.7000 |
| 11/9/2007 | 105,000 | $56.4716 | | 12/13/2006 | 25,000 | $43.2800 |
| 1/30/2008 | 98,200 | $45.8246 | | 12/14/2006 | 243,000 | $43.5844 |
| | | | | 12/20/2006 | 5,161 | $43.7498 |
| | | | | 1/23/2007 | 21,648 | $45.7300 |
| | | | | 3/19/2007 | 10,760 | $43.5800 |
| | | | | 3/28/2007 | 5,810 | $43.3200 |
| | | | | 4/13/2007 | 290,000 | $50.1153 |
| | | | | 5/1/2007 | 63 | $51.2600 |
| | | | | 5/1/2007 | 7,500 | $51.4800 |
| | | | | 5/1/2007 | 7,563 | $51.5129 |
| | | | | 5/30/2007 | 14,748 | $52.2460 |
| | | | | 6/12/2007 | 5,684 | $50.3796 |
| | | | | 6/22/2007 | 6,071 | $48.9200 |
| | | | | 7/31/2007 | 5,469 | $49.6300 |
| | | | | 8/13/2007 | 33,699 | $51.2300 |
| | | | | 8/14/2007 | 18,218 | $50.2812 |
| | | | | 8/16/2007 | 31,699 | $48.3771 |
| | | | | 9/7/2007 | 67,500 | $50.2399 |
| | | | | 9/27/2007 | 6,823 | $52.4353 |
| | | | | 10/8/2007 | 25,000 | $53.0423 |
| | | | | 10/26/2007 | 71,000 | $57.4075 |
| | | | | 10/31/2007 | 4,665 | $57.7100 |
| | | | | 10/31/2007 | 53,800 | $58.0260 |
| | | | | 11/7/2007 | 46,369 | $54.2000 |
| | | | | 11/15/2007 | 28,000 | $58.6090 |
| | | | | 11/30/2007 | 62,728 | $59.4159 |
| | | | | 12/4/2007 | 100,000 | $57.1351 |
| | | | | 12/7/2007 | 3,957 | $59.8117 |
| | | | | 12/19/2007 | 10,000 | $59.6800 |
| | | | | 12/20/2007 | 3,451 | $59.6226 |
| | | | | 1/10/2008 | 37,214 | $60.4700 |

CERTIFICATION OF INTERNATIONAL FUND MANAGEMENT S.A.
(LUXEMBURG)

The undersigned, Rainer Mach and Holger Hildebrandt, make this Certification pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4, and state on information and belief as follows:

1.     We have reviewed the records of International Fund Management S.A. (Luxemburg) ("International Fund") in connection with transactions in the securities of Merck & Co., Inc. ("Merck") for the period of July 24, 2006 to March 28, 2008 (the "Class Period"). Those transactions are listed in the chart attached as Schedule A to this Certification.

2.     We have reviewed the complaint against Merck in connection with Vytorin and are duly authorized to make this Certification on behalf of the International Fund.

3.     International Fund intends to actively monitor and vigorously pursue this action for the benefit of the class, rather than simply relying on its attorneys.  International Fund has retained the law firms of Grant & Eisenhofer P.A. and Diaz Reus Rolff & Targ LLP to represent it.  These firms are knowledgeable and experienced in securities law and litigation, particularly with regard to the role and responsibilities of institutional investors in class actions.

4.     Like other investors who purchased Merck securities during the Class Period, International Fund believes that its losses occurred as a result of the defendants' fraudulent conduct and violations of the securities laws.  International Fund believes that its claims against the defendants are typical of those of other members of the class.

5.     International Fund did not purchase the securities that are the subject of the various complaints at the direction of counsel or to participate in any private action arising under

the federal securities laws. International Fund invested in Merck solely for its own business purposes.

6. International Fund is willing to serve as the representative party on behalf of the class of Merck security holders who invested during the Class Period. International Fund intends to pursue this litigation for the best interests of all class members and take whatever steps are necessary regardless of geographic location.

7. During the three-year period preceding the date of this Certification, International Fund has served or sought to serve as a representative party for a class in an action under the federal securities laws in the following securities class action;

*In Re UBS AG Securities Litig.*, Civ. No. 1:07cv11225 (S.D.N.Y.) (Appointed)

8. International Fund will not accept any payment for serving as the representative party on behalf of the class beyond its *pro rata* share of any recovery, except as ordered and approved by the Court.

We declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 2nd, 2008

_____
Rainer Mach, Member of the Board

_____
Holger Hildebrand, Management Director

## SCHEDULE A

**Merck & Co**
**Class Period: 7/24/06 - 3/28/08**
**International Fund Management S.A.**

| Purchases | | | | Sales | | |
|---|---|---|---|---|---|---|
| **Trade Date** | **Shares** | **Price** | | **Trade Date** | **Shares** | **Price** |
| Open Position | 596,600 | | | | | |
| | | | | | | |
| 5/18/2007 | 46,600 | $52.5600 | | 11/9/2006 | 50,000 | $43.0927 |
| 6/8/2007 | 25,000 | $50.9711 | | 8/15/2007 | 16,875 | $50.1449 |
| 7/16/2007 | 10,000 | $50.5100 | | 11/16/2007 | 77,000 | $57.8983 |
| 8/23/2007 | 11,600 | $50.5000 | | 11/20/2007 | 121,125 | $57.8211 |
| 10/22/2007 | 60,000 | $54.4346 | | | | |
| 10/26/2007 | 80,000 | $57.3973 | | | | |
| 11/8/2007 | 10,000 | $54.5881 | | | | |
| 11/21/2007 | 10,000 | $57.0048 | | | | |
| 12/12/2007 | 30,000 | $60.5106 | | | | |
| 1/10/2008 | 75,400 | $60.4700 | | | | |
| 1/10/2008 | 75,000 | $60.4700 | | | | |
| 1/14/2008 | 25,000 | $59.3777 | | | | |
| 3/17/2008 | 10,000 | $41.3006 | | | | |

### CERTIFICATION OF APG ALGEMENE PENSIOEN GROEP N.V. ON BEHALF OF STICHTING PENSIOENFONDS ABP

APG Algemene Pensioen Groep N.V. ('APG'), make this Certification on behalf of Stichting Pensioenfonds ABP, ("ABP") pursuant to 28 U.S.C. § 1746 and 15 U.S.C. § 78u-4, and state on information and belief as follows:

1.      APG acts for Stichting Pensioenfonds ABP ("ABP"), and is authorized to make this Certification on behalf of ABP.

2.      APG's Legal & Tax Department, represented by Ton Coemans Legal Counsel for APG, has had the records reviewed of ABP's transactions in securities of Merck & Co., Inc. ("Merck") for the time period of July 24, 2006 to March 28, 2008 (the "Class Period"). Those transactions are listed in the chart attached to this Certification.

3.      ABP is an entity established under the laws of the Kingdom of the Netherlands and is the pension fund for public employees in the governmental and education sectors in the Netherlands. With assets amounting to more than 200 billion Euros, ABP is one of the three largest pension funds in the world. Its assets represent around 35% of total Dutch pension fund assets, and its client base totals some 2.2 million participants and retirees (e.g.: civil servants, educators, university employees, police and firemen). ABP maintains its office and principal place of business at Oude Lindestraat 70, Postbus 2889, 6401 DL Heerlen, The Netherlands.

4.      ABP, through APG, has authorized the filing of the class action Complaint in this action. I have had contacts with counsel to discuss the merits of the complaint as well as other causes of action that may be brought by Merck investors. ABP, through APG, intends to actively monitor and vigorously pursue these actions for the benefit of the class, rather than simply relying on its attorneys. ABP has retained the law firm of Grant & Eisenhofer, P.A. to represent ABP. Grant & Eisenhofer, P.A. is knowledgeable and experienced in securities law

and litigation, particularly with regard to the role and responsibilities of institutional investors in class actions.

5.      ABP believes that it is the class member with the largest losses based on the complaints filed to date.  Like other investors who purchased Merck securities during the Class Period, ABP believes that these losses occurred as a result of the defendants' fraudulent conduct and violations of the securities laws.  ABP believes its claims against the defendants are typical of those of other members of the class.

6.      ABP did not purchase the securities that are the subject of the various complaints at the direction of counsel or to participate in any private action arising under the federal securities laws.  ABP invested in Merck solely for its own business purposes.

7.      ABP is willing to serve as the representative party on behalf of the class of Merck security holders who invested during the Class Period, including providing testimony at depositions and trial.  ABP intends to pursue this litigation for the best interests of all class members.

8.      During the three-year period preceding the date of this Certification, ABP has served as a co-lead plaintiff in the Delphi Corporation Securities Litigation, currently pending in the United States District Court for the Eastern District of Michigan.  In addition, ABP sought lead plaintiff status in a class action against Dell Inc., pending in the United States District Court for the Western District of Texas, but was not selected as lead plaintiff.

9.      ABP will not accept any payment for serving as representative party on behalf of the class beyond its *pro rata* share of any recovery, except as ordered and approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Dated: May 29, 2008

J.G.H.C.M. Beris
**authorized signatory**

E.C.E. Swiderski
**authorized signatory**

APG Algemene Pensioen Groep NV
On behalf of Stichting Pensioenfonds ABP

## SCHEDULE A

**Merck & Co, Inc.**
**Class Period: 7/24/06 - 3/28/08**
**Stichting Pensioenfonds ABP**

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Shares | Price | Trade Date | Shares | Price |
| Open position | 1,364,533 | | | | |
| 8/2/2006 | 9,000 | $40.9531 | 8/11/2006 | 3,100 | $40.9542 |
| 8/7/2006 | 28,850 | $41.2387 | 9/7/2006 | 19,886 | $40.9728 |
| 8/8/2006 | 24,888 | $40.9736 | 9/26/2006 | 33,100 | $41.6961 |
| 9/25/2006 | 86,800 | $42.0640 | 9/26/2006 | 3,500 | $41.6961 |
| 10/3/2006 | 87,547 | $42.0542 | 9/29/2006 | 56,506 | $41.8778 |
| 10/3/2006 | 163,753 | $42.0516 | 10/4/2006 | 47,761 | $42.0344 |
| 10/9/2006 | 52,391 | $41.8869 | 10/31/2006 | 49,589 | $45.3727 |
| 11/7/2006 | 53,200 | $46.0246 | 11/2/2006 | 4,906 | $45.4111 |
| 12/6/2006 | 47,182 | $44.4944 | 11/7/2006 | 1,992 | $45.9971 |
| 1/3/2007 | 1,783 | $44.4371 | 11/22/2006 | 97,048 | $44.1921 |
| 1/18/2007 | 93,900 | $45.5328 | 11/27/2006 | 18,144 | $43.9708 |
| 2/1/2007 | 71,500 | $45.1292 | 11/30/2006 | 58,615 | $44.4878 |
| 3/2/2007 | 21,100 | $44.0103 | 12/12/2006 | 4,805 | $43.7152 |
| 3/6/2007 | 42,537 | $44.5585 | 12/12/2006 | 15,995 | $43.7152 |
| 3/14/2007 | 31,600 | $43.1344 | 12/21/2006 | 818 | $43.2273 |
| 3/15/2007 | 7,900 | $43.0604 | 12/21/2006 | 31,992 | $43.4564 |
| 4/16/2007 | 425,400 | $50 4007 | 1/8/2007 | 68,414 | $44.1771 |
| 4/30/2007 | 832,491 | $51.4842 | 1/12/2007 | 61,660 | $44.7296 |
| 5/3/2007 | 2,125 | $51.3575 | 2/9/2007 | 100 | $43.7900 |
| 5/22/2007 | 8,100 | $54.3101 | 2/9/2007 | 37,400 | $43.9921 |
| 5/24/2007 | 617,578 | $53.9949 | 3/9/2007 | 4,000 | $44.6395 |
| 6/7/2007 | 521,600 | $50.5051 | 3/9/2007 | 102,305 | $44.6364 |
| 6/29/2007 | 17,100 | $50.0397 | 3/13/2007 | 29,500 | $43.8857 |
| 8/3/2007 | 5,287 | $51.1794 | 3/23/2007 | 6,100 | $44.4700 |
| 9/25/2007 | 22,500 | $52.3202 | 3/23/2007 | 502,208 | $44.4688 |
| 9/28/2007 | 128,000 | $51.6064 | 4/2/2007 | 70,133 | $44.9739 |
| 10/2/2007 | 11,444 | $51.9511 | 4/10/2007 | 1,297 | $45.9400 |
| 10/26/2007 | 24,000 | $57.4083 | 4/10/2007 | 35,692 | $45.7411 |
| 11/1/2007 | 432,710 | $57.8887 | 4/27/2007 | 88,500 | $51.8287 |
| 11/15/2007 | 8,300 | $58.2611 | 5/2/2007 | 149,160 | $51.2624 |
| 11/20/2007 | 78,100 | $57.9254 | 5/2/2007 | 4,989 | $51.2552 |
| 11/21/2007 | 300 | $56.6700 | 5/18/2007 | 582 | $52.6837 |
| 11/21/2007 | 112,698 | $56.7855 | 5/22/2007 | 19,400 | $54.4699 |
| 11/30/2007 | 20,100 | $59.4066 | 5/29/2007 | 69,559 | $53.4299 |
| 11/30/2007 | 157,967 | $59.3600 | 5/29/2007 | 120,390 | $53.4218 |
| 12/3/2007 | 115,521 | $59.0214 | 6/4/2007 | 7,338 | $51.7051 |
| 12/4/2007 | 2,611 | $58.1329 | 6/5/2007 | 23,600 | $51.2058 |
| 12/7/2007 | 16,800 | $60 7306 | 6/5/2007 | 32,203 | $51.2027 |
| 12/10/2007 | 16,300 | $60.5057 | 6/13/2007 | 547,285 | $50.2317 |
| 12/11/2007 | 16,500 | $60.4857 | 6/21/2007 | 72,000 | $48.9882 |

Case 2:08-cv-02260-DMC-MF      Document 9-4      Filed 06/03/2008      Page 12 of 53

| --------Purchases-------- | | | | --------Sales-------- | | |
| Trade Date | Shares | Price | | Trade Date | Shares | Price |
|---|---|---|---|---|---|---|
| 12/13/2007 | 8,300 | $59.6051 | | 6/29/2007 | 56,530 | $49.8545 |
| 12/14/2007 | 12,400 | $59.6695 | | 7/9/2007 | 30,600 | $49.2791 |
| 12/17/2007 | 20,600 | $59.7192 | | 8/2/2007 | 125,600 | $51.6100 |
| 12/18/2007 | 12,200 | $59.6801 | | 8/27/2007 | 4,000 | $50.4967 |
| 12/27/2007 | 11,400 | $58.8081 | | 10/11/2007 | 235,000 | $53.3040 |
| 12/31/2007 | 9,900 | $58.4633 | | 11/26/2007 | 149,600 | $57.8347 |
| 1/7/2008 | 13,400 | $57.8733 | | 12/7/2007 | 3,787 | $60.0210 |
| 1/8/2008 | 14,000 | $59.9761 | | 12/20/2007 | 595,978 | $58.7283 |
| 1/9/2008 | 11,400 | $60.5530 | | 1/7/2008 | 160,051 | $57.8195 |
| 1/10/2008 | 11,900 | $60.3031 | | 2/1/2008 | 86,234 | $45.8943 |
| 1/11/2008 | 7,700 | $60.8924 | | 2/1/2008 | 2,200 | $45.9802 |
| 1/11/2008 | 7,700 | $60.7179 | | 2/6/2008 | 29,800 | $45.7650 |
| 1/15/2008 | 11,900 | $58.5713 | | 2/7/2008 | 27,400 | $45.5563 |
| 1/15/2008 | 42,471 | $58.5971 | | 2/8/2008 | 22,400 | $44.4779 |
| 1/15/2008 | 24,700 | $58.5932 | | 2/12/2008 | 22,600 | $46.6117 |
| 1/16/2008 | 15,800 | $58.4850 | | 2/13/2008 | 14,900 | $47.4452 |
| 1/17/2008 | 11,700 | $55.4411 | | 2/14/2008 | 22,400 | $46.9745 |
| 1/18/2008 | 8,100 | $53.1419 | | 2/14/2008 | 34,385 | $47.1262 |
| 1/22/2008 | 12,400 | $51.4168 | | 2/19/2008 | 20,400 | $47.1319 |
| 1/23/2008 | 8,400 | $49.8599 | | 2/20/2008 | 55,600 | $46.6307 |
| 1/24/2008 | 8,800 | $49.5883 | | 2/21/2008 | 44,800 | $46.6461 |
| 1/25/2008 | 13,300 | $47.8119 | | 2/22/2008 | 29,900 | $45.7472 |
| 1/28/2008 | 13,800 | $49.0480 | | 2/26/2008 | 29,500 | $46.4126 |
| 1/28/2008 | 68,500 | $48.8929 | | 2/27/2008 | 29,300 | $45.6128 |
| 1/31/2008 | 9,600 | $45.9308 | | 2/29/2008 | 579 | $44.3090 |
| 2/22/2008 | 262,046 | $46.0700 | | 2/29/2008 | 11,100 | $44.4570 |
| 3/11/2008 | 17,300 | $41.7841 | | 3/14/2008 | 25,976 | $41.0528 |
| 3/12/2008 | 31,100 | $42.9670 | | 3/14/2008 | 1,400 | $41.0150 |
| 3/12/2008 | 4,000 | $42.6247 | | 3/14/2008 | 200 | $41.0100 |
| 3/12/2008 | 24,500 | $42.6500 | | 3/19/2008 | 9,000 | $43.1828 |
| | | | | 3/24/2008 | 16,100 | $44.4744 |
| | | | | 3/25/2008 | 15,600 | $44.6682 |
| | | | | 3/31/2008 | 2,228 | $37.9500 * |
| | | | | 4/2/2008 | 5,406 | $37.7600 * |

*Shares sold within 90 days after the end of the class period are calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Walter Stampor, Executive Secretary of the General Retirement System of the City of Detroit ("Detroit General"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the General Counsel of Detroit General. I have reviewed a complaint filed in this matter. Detroit General has authorized Bernstein Litowitz Berger & Grossmann LLP to file a motion for appointment as lead plaintiff on its behalf.

2. Detroit General did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Detroit General is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Detroit General fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Detroit General's transactions in the Merck & Co. Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Detroit General has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *In re Dot Hill Systems Corp. Securities Litigation*, Case No. 06-cv-228 (S.D. Cal.)
   *In re International Rectifier Corp. Securities Litigation*, Case No. 07-cv-2544 (C.D. Cal.)
   *In re Medtronic Inc., Securities Litigation*, Case No. 07-cv-4564 (D. Minn.)

6. Detroit General has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motions for lead plaintiff or was not appointed lead plaintiff:

   *Maiden et al. v. Merge Technologies, Inc. et al.*, Case No. 06-cv-349 (E.D. Wis.)
   *In re Amgen, Inc. Securities Litigation*, Case No. 07-cv-2536 (C.D. Cal.)
   *In re Aetna Inc. Securities Litigation*, Case No. 07-cv-4451 (E.D. Pa.)
   *In re UBS AG Securities Litigation*, Case No. 07-cv-11225 (S.D.N.Y.)
   *Rubin v. MF Global, Ltd. et al.*, Case No. 08-cv-2233 (S.D.N.Y.)

7.  Detroit General will not accept any payment for serving as a representative party on behalf of the Class beyond Detroit General's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 30 day of May, 2008.

Walter Stampor
Executive Secretary
*General Retirement System of the City of Detroit*

## SCHEDULE A

Merck & Co, Inc.
Class Period: 7/24/06 - 3/28/08
General Retirement System of the City of Detroit

| Purchases | | | Sales | | |
|---|---|---|---|---|---|
| Trade Date | Shares | Price | Trade Date | Shares | Price |
| Open position | 133,780 | | | | |
| 7/24/2006 | 24,000 | $38.7760 | 8/2/2006 | 1,500 | $40.9800 |
| 8/4/2006 | 8,200 | $41.3260 | 8/21/2006 | 4,000 | $39.6500 |
| 8/18/2006 | 1,900 | $38.8550 | 11/3/2006 | 19,100 | $45.3060 |
| 9/14/2006 | 1,500 | $41.1730 | 11/20/2006 | 11,700 | $44.6320 |
| 10/10/2006 | 2,700 | $41.8950 | 12/14/2006 | 6,700 | $43.6000 |
| 11/13/2006 | 2,000 | $43.5170 | 2/12/2007 | 4,800 | $43.9280 |
| 12/19/2006 | 1,900 | $43.5810 | 4/24/2007 | 1,600 | $51.5170 |
| 1/3/2007 | 3,500 | $44.4450 | 7/2/2007 | 1,300 | $49.4420 |
| 2/5/2007 | 2,100 | $44.4990 | 10/12/2007 | 500 | $53.2820 |
| 2/22/2007 | 1,600 | $43.4170 | 10/23/2007 | 2,200 | $55.6570 |
| 3/2/2007 | 11,700 | $43.9700 | 11/2/2007 | 2,200 | $55.9440 |
| 3/5/2007 | 10,300 | $44.8830 | 11/6/2007 | 45,600 | $55.9040 |
| 3/15/2007 | 7,800 | $43.0790 | 12/14/2007 | 1,020 | $59.7220 |
| 3/23/2007 | 5,800 | $44.4530 | 12/14/2007 | 1,500 | $59.5700 |
| 5/11/2007 | 5,600 | $52.0400 | 12/14/2007 | 3,000 | $59.7380 |
| 6/6/2007 | 1,800 | $50.8480 | 1/7/2008 | 2,600 | $57.7290 |
| 6/29/2007 | 12,700 | $49.7060 | 3/7/2008 | 4,000 | $42.0000 |
| 7/20/2007 | 3,400 | $49.8360 | 4/1/2008 | 19,600 | $38.2560 * |
| 8/6/2007 | 5,300 | $51.1120 | 4/3/2008 | 22,300 | $38.0600 * |
| 8/15/2007 | 4,400 | $50.3140 | 4/23/2008 | 400 | $39.7706 * |
| 8/31/2007 | 4,000 | $50.1480 | 4/25/2008 | 2,400 | $40.6800 * |
| 9/11/2007 | 2,200 | $49.9050 | 4/25/2008 | 7,600 | $40.7200 * |
| 9/19/2007 | 2,000 | $51.2470 | | | |
| 10/15/2007 | 2,200 | $53.4450 | | | |
| 10/23/2007 | 4,000 | $56.3700 | | | |
| 1/25/2008 | 5,700 | $48.0440 | | | |
| 1/31/2008 | 7,600 | $45.5790 | | | |

*Shares sold within 90 days after the end of the class period are calculated at the higher value between the
actual sales price and the average closing price from the end of the class period to the date of sale.*

### CERTIFICATION PURSUANT TO
### THE FEDERAL SECURITIES LAWS

I, John Keane, on behalf of Jacksonville Police & Fire Pension Fund ("Jacksonville"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director - Administrator of Jacksonville. I have reviewed a complaint filed in this matter. Jacksonville has authorized Bernstein Litowitz Berger & Grossmann LLP to file a motion for appointment as lead plaintiff on its behalf.

2. Jacksonville did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Jacksonville is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Jacksonville fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Jacksonville's transactions in the Merck & Co. Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. Jacksonville has sought to serve as a lead plaintiff and representative party on behalf of a class in the following action under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*In re American Italian Pasta Company Securities Litigation*, Case No. 05-cv-725 (W.D. Mo.)
*Middlesex County Retirement System et al v. Semtech Corp. et al*, Case No. 07-cv-7114 (C.D. Cal.)

6. Jacksonville is currently seeking to serve as a representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification.

*Jacksonville Police and Fire Pension Fund et al v. American International Group, Inc. et al,*
Case No. 08-cv-4772 (S.D.N.Y)

7.   Jacksonville will not accept any payment for serving as a representative party on behalf of the Class beyond Jacksonville's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the court.

I declare under penalty of perjury that the forgoing is true and correct. Executed this 3rd day of June, 2008.

John Keane
Executive Director-Administrator
*Jacksonville Police and Fire Pension Fund*

## SCHEDULE A

Merck & Co, Inc.
Class Period: 7/24/06 - 3/28/08
Jacksonville Police & Fire Pension Fund

| Purchases | | | | Sales | | | |
|------------|--------|---------|--|------------|--------|---------|--|
| Trade Date | Shares | Price | | Trade Date | Shares | Price | |
| Open position | 97,000 | | | | | | |
| 4/10/2007 | 20,000 | $45.6751 | | 8/24/2006 | 9,200 | $40.1793 | |
| 5/18/2007 | 2,500 | $52.8112 | | 8/29/2006 | 3,500 | $41.2701 | |
| 5/18/2007 | 9,500 | $52.9503 | | 8/29/2006 | 3,300 | $40.9000 | |
| 5/21/2007 | 5,800 | $53.9371 | | 10/10/2006 | 5,500 | $41.7885 | |
| 5/21/2007 | 9,700 | $53.9348 | | 11/20/2006 | 8,800 | $44.5577 | |
| 5/24/2007 | 8,200 | $54.0300 | | 1/8/2007 | 9,900 | $44.1365 | |
| 5/31/2007 | 8,600 | $52.8700 | | 1/8/2007 | 9,500 | $44.2351 | |
| 5/31/2007 | 2,000 | $52.8700 | | 1/18/2008 | 11,000 | $53.1427 | |
| 6/7/2007 | 900 | $50.6009 | | 4/3/2008 | 7,800 | $37.9325 | * |
| 6/7/2007 | 10,500 | $50.5105 | | 4/14/2008 | 7,900 | $41.2935 | * |
| 6/15/2007 | 6,700 | $51.4091 | | 4/22/2008 | 20,700 | $39.8382 | * |
| 6/26/2007 | 6,400 | $49.3271 | | 4/23/2008 | 11,100 | $39.7706 | * |
| 6/27/2007 | 2,300 | $50.2487 | | 4/29/2008 | 53,100 | $39.7791 | * |
| 9/12/2007 | 9,100 | $49.6655 | | 5/29/2008 | 4,000 | $39.4858 | * |
| 10/1/2007 | 9,400 | $52.2687 | | | | | |

*Shares sold within 90 days after the end of the class period are calculated at the higher value between the actual sales price and the average closing price from the end of the class period to the date of sale.