William B. McGuire
Brian M. English
TOMPKINS, MCGUIRE,
WACHENFELD & BARRY LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-3000

Of Counsel:

Theodore V. Wells, Jr.
Daniel J. Kramer
Andrew G. Gordon
Alex Young K. Oh
PAUL WEISS RIFKIND
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

Douglas S. Eakeley
Gavin J. Rooney
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-CV-2177 (DMC) |
| IN RE SCHERING-PLOUGH CORPORATION ENHANCE SECURITIES LITIGATION | Civil Action No. 08-CV-397 (DMC) |

**ORDER**

The Court having conducted a status conference on February 8, 2012 in the presence of counsel for all parties and the Court having considered the arguments of counsel and good cause appearing, as fully stated on the record,

IT IS, on this ___14___ day of February 2012, hereby ORDERED that Honorable Nicholas H. Politan (Ret.) is hereby appointed as a second Mediator joining Honorable Lane Phillips (Ret.), the original Mediator.

_____
Dennis M. Cavanaugh, Judge U.S.D.C.

772199