William B. McGuire
TOMPKINS, MCGUIRE,
WACHENFELD & BARRY LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-3000

Gavin J. Rooney
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

Theodore V. Wells, Jr.
Daniel J. Kramer
Andrew G. Gordon
Alex Young K. Oh
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | 08-CV-2177 (DMC) (JAD)<br><br>**CORPORATE DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel hereby certifies as follows:

1. The Second Amended Consolidated Complaint incorrectly identifies Defendant "Merck/Schering-Plough Pharmaceuticals" as a distinct corporate entity.

2. Defendant MSP Distribution Services (C) LLC is a wholly-owned subsidiary of Schering Corp., which is an indirect wholly-owned subsidiary of Merck & Co, Inc.

3. Defendant MSP Singapore Company LLC is a wholly-owned subsidiary of MSD International GmbH, which is an indirect wholly-owned subsidiary of Merck & Co., Inc.

4. Merck & Co., Inc. does not have a parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Dated: February 23, 2012

        **TOMPKINS, MCGUIRE, WACHENFELD & BARRY LLP**

        By: /s/ William B. McGuire
        William B. McGuire
        Four Gateway Center
        100 Mulberry Street
        Newark, New Jersey 07102
        (973) 622-3000

        *Attorneys for Defendants*