William B. McGuire
TOMPKINS, MCGUIRE,
WACHENFELD & BARRY LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-3000

Douglas S. Eakeley
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

Of Counsel:

Theodore V. Wells, Jr.
Daniel J. Kramer
Andrew G. Gordon
Daniel J. Leffell
Alex Young K. Oh
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | 08-CV-2177 (DMC) (JAD)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Return Date:  April 2, 2012<br><br>Oral Argument Requested |

PLEASE TAKE NOTICE THAT, Defendants Merck & Co., Inc., Merck/Schering-Plough Pharmaceuticals, MSP Distribution Services (C) LLC, MSP Singapore Company LLC, Richard T. Clark, Peter S. Kim, and Deepak Khanna (collectively, the "Defendants"), by their attorneys Tompkins, McGuire, Wachenfeld & Barry LLP, Paul, Weiss, Rifkind, Wharton & Garrison LLP and Lowenstein Sandler PC, will move this Court for an Order granting their Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and dismissing with prejudice Plaintiffs' Second Amended Consolidated Complaint For Violation of the Federal Securities Laws.

PLEASE TAKE FURTHER NOTICE THAT, in support of their Motion, Defendants will rely upon the Memorandum of Law In Support Of The Merck Defendants' Motion For Summary Judgment, their Local Civil Rule 56.1 Statement of Undisputed Material Facts, the accompanying Affidavit of Andrew G. Gordon and annexed exhibits, and all other papers previously on file or to be submitted herein.  A proposed form of Order is enclosed.

PLEASE TAKE FURTHER NOTICE THAT, Defendants respectfully request oral argument.

Dated:  March 1, 2012
       Newark, New Jersey

**TOMPKINS, MCGUIRE,
WACHENFELD & BARRY LLP**

By: _____
     William B. McGuire
     Four Gateway Center
     100 Mulberry Street
     Newark, New Jersey 07102
     (973) 622-3000

Of Counsel:

Theodore V. Wells, Jr.
Daniel J. Kramer
Andrew G. Gordon
Daniel J. Leffell
Alex Young K. Oh
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

Douglas S. Eakeley
Gavin J. Rooney
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

*Attorneys for Defendants*