| | |
|---|---|
| William B. McGuire<br>Brian M. English<br>TOMPKINS, MCGUIRE,<br>WACHENFELD & BARRY LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-3000 | Douglas S. Eakeley<br>Gavin J. Rooney<br>LOWENSTEIN SANDLER PC<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 597-2500 |

Of Counsel:

Theodore V. Wells, Jr.
Daniel J. Kramer
Andrew G. Gordon
Alex Young K. Oh
PAUL WEISS RIFKIND
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-30000

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

-----------------------------------x
IN RE MERCK & CO., INC.             :
VYTORIN/ZETIA SECURITIES            :   Civil Action No. 08-CV-2177
LITIGATION                          :   (DMC)
                                    :
_____ :
                                    :
IN RE SCHERING-PLOUGH               :   Civil Acation No. 08-CV-397
CORPORATION ENHANCE SECURITIES      :   (DMC)
LITIGATION                          :
-----------------------------------x

## ORDER

The Court having notified counsel by letter dated March 29, 2012 that a new mediator would be appointed due to the untimely death of Judge Politan.

IT IS on this 5 day of April 2012, hereby ORDERED that the Pilgrim Mediation Group, LLC (the only members of which are Stephen M. Greenberg, Esq. and

Jonathan J. Lerner, Esq.) is hereby appointed to replace Judge Politan as a mediator in the above actions.

Dennis M. Cavanaugh, Judge U.S.D.C.