William B. McGuire
William H. Trousdale
TOMPKINS, MCGUIRE,
WACHENFELD & BARRY LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-3000

Of Counsel:

Theodore V. Wells, Jr.
Daniel J. Kramer
Andrew G. Gordon
Daniel J. Leffell
Alex Young K. Oh
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

Douglas S. Eakeley
Gavin J. Rooney
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-CV-2177 (DMC) (JAD) |

## ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L. CIV. R. 5.3

THIS MATTER having been opened to the Court by way of motion by Tompkins, McGuire, Wachenfeld & Barry LLP, attorneys for Defendant Merck & Co., Inc. ("Merck"), and good cause having been shown,

IT IS, this 8th day of May , 2012, hereby ORDERED AS FOLLOWS:

Merck's Motion to File Documents Under Seal is GRANTED.  The following documents, each dated December 6, 2011 are hereby sealed:   (1) Defendants' Memorandum of Law in Opposition to Lead Plaintiffs' Motion for Class Certification (Docket Entry 195); (2) the Affidavit of Andrew G. Gordon in Support of Defendants' Memorandum of Law in Opposition to Motion for Class Certification, including Exhibits 7-8 and 10-25 thereto (Docket Entry 196), and (3) the Declaration of Denise Neumann Martin, Ph.D.  (Docket Entry 195-1.)

_____
Hon. Joseph A. Dickson, U.S.M.J.