Jay W. Eisenhofer
Daniel L. Berger
John C. Kairis
Jeff A. Almeida
Diane Zilka
GRANT & EISENHOFER P.A.
1201 N. Market Street
Wilmington, Delaware 19801
(302) 622-7000
*Co-Lead Counsel for Lead Plaintiffs and the Class*

Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400
*Co-Lead Counsel for Lead Plaintiffs and the Class*

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Co-Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD)<br><br>**ORDER** |

This matter having been opened to the Court by way of motion by Plaintiffs for the entry of an Order sealing Exhibits B through D to the Letter of James E. Cecchi dated September 20, 2011, which was submitted in further support of Plaintiffs' motion for leave to amend, pursuant to Local Civil Rule 5.3, and the Court having considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this 8th day of May, 2012,

ORDERED that Exhibits B through D to the Letter of James E. Cecchi dated September 20, 2011, Docket Entry 184, are hereby sealed.

_____
JOSEPH A. DICKSON, U.S.M.J.