UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD) <br><br> **ORDER** |

This matter having been opened to the Court by way of motion by Plaintiffs for the entry of an Order sealing the Declaration of Gregg A. Jarrell, dated September 15, 2011, which was submitted in support of Plaintiffs' Amended Motion for Class Certification pursuant to Local Civil Rule 5.3, and the Court having considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS, this 8th day of May, 2012,

**ORDERED** that the Motion to Seal is **GRANTED.**

1. The Declaration of Gregg A. Jarrell shall remain under seal.

**IT IS FURTHER ORDERED** that nothing herein shall constitute a ruling concerning future requests to seal.

_____
Honorable Joseph A. Dickson
United States Magistrate Judge
