## TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

FOUR GATEWAY CENTER
100 MULBERRY STREET, SUITE 5
NEWARK, NEW JERSEY 07102-4056
Newark (973) 622-3000
New York (212) 714-1720
FAX (973)623-7780
www.tompkinsmcguire.com

William B. McGuire
Partner

Direct Telephone: (973) 623-7750
wmcguire@tompkinsmcguire.com

May 10, 2012

**VIA ECF**

Hon. Dennis M. Cavanaugh, U.S.D.J.
Frank R. Lautenberg United States
Post Office & Courthouse
1 Federal Square, Room 451
Newark, New Jersey 07102

>    *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation*
>    Civil Action No. 08-2177 (DMC) (JAD)
>
>    *In re Schering-Plough Corp./ENHANCE Securities Litigation*
>    Civil Action No. 08-397 (DMC) (JAD)

Dear Judge Cavanaugh:

We represent Merck & Co., Inc. ("Merck"), Schering-Plough Corporation ("Schering"), and certain related defendants (collectively the "Defendants") in the above-captioned matters.

Currently pending before Your Honor are Merck's motion for summary judgment and Schering's motion for partial summary judgment, in which the Defendants' reply papers are due on May 14, 2012. The non-Underwriter Defendants hereby request a modest, four-day extension of the due date for their reply papers to May 18th. Counsel for the Plaintiffs has informed us that his clients consent to this short extension.

We thank the Court for its consideration in this matter.

Respectfully submitted,

*/s/ William B. McGuire*

William B. McGuire
For   TOMPKINS, McGUIRE, WACHENFELD & BARRY

TOMPKINS, McGUIRE, WACHENFELD & BARRY

Page 2

cc: All Counsel (via ECF)

SO ORDERED: 5/14/12

_____
Hon. Dennis M. Cavanaugh, U.S.D.J.