UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In Re: Merck & Co. Vytorin/Zetia Securities Litigation

**O R D E R**

Case No. 2:8cv2177(DMC)

This Court having reviewed the docket in this case and finding no Order scheduling the trial of this matter after the September 26, 2011 status conference; and

For good cause shown;

It is on this 6th day of August 2012 ORDERED that the Trial in this matter is hereby set for Tuesday November 13, 2012 at 9:30a.m., and

It is further ORDERED that counsel are to proceed with the Final Pretrial Conference before Magistrate Judge Joseph A. Dickson.

/S/ DENNIS M. CAVANAUGH
Dennis M. Cavanaugh, U.S.D.J.