UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORP./ ENHANCE SECURITIES LITIGATION; and IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION. | Civil Action No. 08-397 (DMC) (JAD)<br><br>Civil Action No. 08-2177 (DMC) (JAD) |

### STIPULATED AMENDMENT TO PRETRIAL SCHEDULING ORDER

WHEREAS, on August 6, 2012, the Court entered an Order setting trial for November 13, 2012 (Doc. No.244);

WHEREAS, on September 10, 2012, the Court advised the parties that the corrected date of the Final PreTrial Conference before Magistrate Judge Dickson is October 22, 2012, at 2 p.m.; and

WHEREAS, the parties have met and conferred and agreed to the following additional pretrial dates;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the undersigned parties, that:

1. The parties shall file any *Daubert* motions on or before October 3, 2012, with any opposing briefs to be filed on or before October 24, 2012, and any reply briefs to be filed on or before November 6, 2012;

2. The parties shall file any motions *in limine* on or before October 16, 2012, with any opposing briefs to be filed on or before October 24, 2012, and any reply briefs to be filed on or before November 6, 2012; and

3. The parties shall submit the Proposed Final PreTrial Order and other required submissions to the Court on or before October 18, 2012.

All other dates and provisions of the PreTrial Scheduling Order shall remain in effect.

| | |
|---|---|
| *Liaison Counsel for All Plaintiffs* | *Attorneys for Defendants Merck & Schering-Plough and All Individual Defendants* |

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO**
James E. Cecchi
5 Becker Farm Road
Roseland, New Jersey 07068
973-994-1700
jcecchi@carellabyrne.com
(08-2177, 08-387)

**TOMPKINS MCGUIRE, WACHENFELD & BARRY, LLP**
William B. McGuire
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
973-622-3300
wmcguire@tompkinsmcguire.com

*Counsel for Underwriter Defendants*

**SILLS CUMMIS & GROSS P.C.**
Jeffrey J. Greenbaum
One Riverfront Plaza
Newark, New Jersey 07102
973-643-7000
jgreenbaum@sillscummis.com

**SHEARMAN & STERLING LLP**
Daniel H.R. Laguardia
599 Lexington Avenue
New York, New York 10022
daniel.laguardia@shearman.com

**SO ORDERED**

This 18th day of September 2012

_____
Joseph A. Dickson
United States Magistrate Judge