| | |
|---|---|
| Jay W. Eisenhofer | Salvatore J. Graziano |
| Daniel L. Berger | Adam H. Wierzbowski |
| John C. Kairis | Laura H. Gundersheim |
| Jeff A. Almeida | BERNSTEIN LITOWITZ BERGER & |
| Kyle J. McGee | GROSSMANN LLP |
| GRANT & EISENHOFER P.A. | 1285 Avenue of the Americas |
| 485 Lexington Avenue | New York, New York 10019 |
| New York, NY 10017 | (212) 554-1400 |
| (646) 722-8500 | *Co-Lead Counsel for Lead Plaintiffs and the* |
| *Co-Lead Counsel for Lead Plaintiffs* | *Class* |
| *and the Class* | |

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Co-Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD) |
| | **ORDER** |

This matter having been opened to the Court by way of motion by Plaintiffs for the entry of an Order sealing the brief, response to statements of uncontested material facts, statement of additional material facts, and exhibits to the Declaration of Daniel L. Berger in opposition to Defendants' motion for summary judgment pursuant to Local Civil Rule 5.3, and the Court having considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this ___1st___ day of ~~March~~ Oct., 2012,

ORDERED that the briefs, response to statements of uncontested material facts, statement of additional material facts, and exhibits to the Declaration of Daniel L. Berger in opposition to the Defendants' motion for summary judgment are hereby sealed.

JOSEPH A. DICKSON, U.S.M.J.

(2) IT IS FURTHER ORDERED that Plaintiffs shall file redacted versions of the aforementioned documents within thirty (30) days of the date of this Order in compliance with L.Civ.R. 5.3.