William B. McGuire
William H. Trousdale
TOMPKINS, MCGUIRE,
WACHENFELD & BARRY LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-3000

Douglas S. Eakeley
Gavin J. Rooney
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

Of Counsel:

Theodore V. Wells, Jr.
Daniel J. Kramer
Andrew G. Gordon
Daniel J. Leffell
Alex Young K. Oh
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | 08-CV-2177 (DMC) (JAD) |

**[REDACTED] ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L. CIV. R. 5.3**

THIS MATTER having been opened to the Court upon motion by Tompkins, McGuire, Wachenfeld & Barry LLP, attorneys for Defendants, and good cause having been shown, and the Court having made findings on the factors enumerated in L.Civ.R. 5.3 as set forth in the attached Defendants' Proposed Findings of Fact and Conclusions of Law in Support of Motion to File Documents Under Seal Pursuant L. Civ. R. 5.3

IT IS, this 1st day of Oct. 2012 hereby ORDERED:

Defendants' Motion to File Documents Under Seal is GRANTED. The following documents, each dated March 1, 2012 are hereby sealed: (1) Memorandum of Law in Support of the Merck Defendants' Motion for Summary Judgment (Docket Entry 220); (2) Statement of Undisputed Material Facts in Support of the Merck Defendants' Motion for Summary Judgment (Docket Entry 219); and (3) Exhibits 3, 11, 13, 15, 17, 23-25, 35-36, and 39-40 annexed to the Affidavit of Andrew G. Gordon in Support of Merck Defendants' Motion for Summary Judgment (Docket Entries 217-18).

_____
Hon. Joseph A. Dickson, U.S.M.J.