William B. McGuire
TOMPKINS, MCGUIRE,
WACHENFELD & BARRY LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-3000

Douglas S. Eakeley
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500

Of Counsel:

Theodore V. Wells, Jr.
Daniel J. Kramer
Alex Young K. Oh
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | 08-CV-2177 (DMC) (JAD) |

## [~~Proposed~~] ORDER GRANTING DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO L. CIV. R. 5.3

THIS MATTER having been opened to the Court upon motion by Tompkins, McGuire, Wachenfeld & Barry LLP, attorneys for Defendants, and good cause having been shown, and *

IT IS, this 1st day of ~~July~~ Oct., 2012, hereby ORDERED:

Defendants' Motion to File Documents Under Seal is GRANTED. The following documents, each dated May 18, 2012, are hereby sealed: (1) Reply Memorandum of Law in Support of Merck Defendants' Motion for Summary Judgment (Docket Entry 241); and (2) Defendants' Response Pursuant to Local Rule 56.1 to Lead Plaintiffs' Counter-Statement of Additional Material Facts (Docket Entry 241-1). Upon entry of this Order, Defendants shall file redacted versions of these documents on the publicly-available docket.

_____
Hon. Joseph A. Dickson, U.S.M.J.

\* the Court having made findings on the factors enumerated in L.Civ.R. 5.3 as set forth in the attached Defendants' Proposed Findings of Fact and Conclusions of Law in Support of Motion to File Documents Under Seal Pursuant L. Civ. R. 5.3