James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Co-Liaison Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD) <br><br> **ORDER** |

THIS MATTER having been opened to the Court by Counsel for Lead Plaintiffs, and counsel for Defendants consenting hereto, and the Court having reviewed the parties' submissions and good cause appearing,

IT IS THIS 26th day of November, 2012

ORDERED that Adam H. Wierzbowski and Laura H. Gundersheim are hereby admitted *pro hac vice* on behalf of Plaintiffs in the above matter pursuant to L.Civ.R. 101.1(c); and it is further

ORDERED that all notices, pleadings and other papers filed with the Court shall be served upon Carella, Byrne, Cecchi, Olstein, Brody & Agnello, and that Carella, Byrne, Cecchi, Olstein, Brody & Agnello shall enter all appearances and be responsible for signed papers and for the conduct of the attorneys admitted herewith; and it is further

ORDERED that Adam H. Wierzbowski and Laura H. Gundersheim shall make payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall make such payment as required for each year in which they continue to

appear *pro hac vice* in this matter, and $150 to the United States District Court for the District of New Jersey, as required by Local Civil Rule 101.1(c).

_____
JOSEPH A. DICKSON, U.S.M.J.