**KROVATIN KLINGEMAN LLC**
Gerald Krovatin, Esq.
60 Park Place, Suite 1100
Newark, New Jersey 07102
(973) 424-9777

*Attorneys for Defendants Hans W. Becherer, Thomas J. Colligan, C. Robert Kidder, Philip Leder, M.D., Eugene R. McGrath, Carl E. Mundy, Jr., Antonio Perez, Patricia F. Russo, Jack L. Stahl, Kathryn C. Turner, Robert F.W. vanOordt, Arthur F. Weinbach*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORP./ ENHANCE SECURITIES LITIGATION; | Civil Action No. 08-397 (DMC)(JAD) |
| and | |
| IN RE MERCK & CO., INC. VYTORIN/ZETA SECURITIES LITIGATION. | Civil Action No. 08-2177 (DMC)(JAD) |

**NOTICE OF APPEARANCE**

TO: Clerk
United States District Court
50 Walnut Street
Newark, NJ 07102

The Clerk will enter my appearance as counsel for Defendants Hans W. Becherer, Thomas J. Colligan, C. Robert Kidder, Philip Leder, M.D., Eugene R. McGrath, Carl E. Mundy, Jr., Antonio Perez, Patricia F. Russo, Jack L. Stahl, Kathryn C. Turner, Robert F.W. vanOordt, Arthur F. Weinbach in these matters.

**KROVATIN KLINGEMAN LLC**
60 Park Place, Suite 1100
Newark, New Jersey 07102
(973) 424-9777
*Attorneys for Defendants Hans W. Becherer, Thomas J. Colligan, C. Robert Kidder, Philip Leder, M.D., Eugene R. McGrath, Carl E. Mundy, Jr., Antonio Perez, Patricia F. Russo, Jack L. Stahl, Kathryn C. Turner, Robert F.W. vanOordt, Arthur F. Weinbach*

/s/ Gerald Krovatin
gkrovatin@krovatin.com

Dated: November 28, 2012