UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC., VYTORIN/ZETIA SECURITIES LITIGATION | 08-CV-2177 (DMC) (JAD) |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and among counsel for the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(2), that:

1. Defendant Peter S. Kim is hereby dismissed from this action.

2. Count III of the Second Amended Consolidated Complaint alleging violations of Section 20A of the Securities Exchange Act of 1934 is hereby dismissed from this action.

3. Each party shall bear his or its own costs and attorney's fees in connection with the claims dismissed herein, and no party will make any argument or assertion about the claims being brought and dismissed, including any argument or assertion that the claims were brought, prosecuted or defended in bad faith or in violation of Fed. R. Civ. P. 11.

Dated: November 21, 2012

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400
sgraziano@blbglaw.com
*Co-Lead Counsel for the Class*

_____
Salvatore J. Graziano

**GRANT & EISENHOFER P.A.**
485 Lexington Avenue
New York, NY 10017
(646) 722-8500
dberger@gelaw.com
*Co-Lead Counsel for the Class*

_____
Daniel L. Berger

| | |
|---|---|
| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000<br>twells@paulweiss.com<br>dkramer@paulweiss.com<br>agordon@paulweiss.com<br><br>2001 K Street, NW<br>Washington, DC 20006<br>(202) 223-7300<br>aoh@paulweiss.com<br>*Attorneys for Merck and Schering-Plough* | **LOWENSTEIN SANDLER PC**<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 597-2500<br>deakeley@lowenstein.com<br>grooney@lowenstein.com<br>jhalper@lowenstein.com<br>*Attorneys for Merck and Schering-Plough* |
| _____<br>Alex Young K. Oh | _____<br>Gavin J. Rooney |
| **CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br>jcecchi@carellabyrne.com<br>ltaylor@carellabyrne.com<br>*Liaison Counsel for Lead Plaintiffs* (08-397, 08-2177) | **TOMPKINS MCGUIRE, WACHENFELD & BARRY, LLP**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-3300<br>wmcguire@tompkinsmcquire.com<br>*Attorneys for Merck and Schering-Plough* |
| _____<br>James E. Cecchi | _____<br>William B. McGuire |

**SO ORDERED,**
this _28_ day of _Nov._, 2013

_____
DENNIS M. CAVANAUGH, U.S.D.J.

2