| | |
|---|---|
| Jay W. Eisenhofer | Salvatore J. Graziano |
| Daniel L. Berger | Adam H. Wierzbowski |
| John C. Kairis | Laura H. Gundersheim |
| Jeff A. Almeida | BERNSTEIN LITOWITZ BERGER & |
| Diane Zilka | GROSSMANN LLP |
| GRANT & EISENHOFER P.A. | 1285 Avenue of the Americas |
| 1201 N. Market Street | New York, New York 10019 |
| Wilmington, Delaware 19801 | (212) 554-1400 |
| (302) 622-7000 | |
| *Co-Lead Counsel for Lead Plaintiffs and the Class* | |

James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Co-Liaison Counsel for the Class*

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD) <br><br> **REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC <u>NOTIFICATION</u>** |

   Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

   1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

   2. If the admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of Court.

                    CARELLA, BYRNE, CECCHI,
                    OLSTEIN, BRODY & AGNELLO
                    Co-Liaison Counsel for Plaintiffs

                    By: /s/ Lindsey H. Taylor
                          LINDSEY H. TAYLOR

Dated: December 4, 2012

*PRO HAC VICE* ATTORNEY INFORMATION:

Name: Adam H. Wierzbowski

Address: BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019

Email: adam@blbglaw.com

Name: Laura H. Gundersheim

Address: BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019

Email: laurag@blbglaw.com