James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Liaison Counsel for Plaintiffs*

Salvatore J. Graziano
William C. Fredericks
Bruce D. Bernstein
Adam H. Wierzbowski
BERNSTEIN LITOWITZ BERGER
         & GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD) **NOTICE OF WITHDRAWAL OF PRO HAC VICE ATTORNEY** |
|---|---|

TO:  The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Sean K. O'Dowd, an attorney formerly a member of Bernstein Litowitz Berger & Grossmann LLP and formerly one of the attorneys for lead plaintiffs on and the certified Class in the above-captioned matter, herby withdraws as counsel for lead plaintiffs.  Bernstein Litowitz Berger & Grossmann LLP continues to serve as counsel for plaintiffs through their attorneys Salvatore Graziano, Jai Chandrasekhar, Adam Wierzbowski and Laura Gundersheim.

                                                CARELLA BYRNE CECCHI
                                                OLSTEIN BRODY& AGNELLO, PC
                                                *Liasion Counsel for Plaintiffs and the Class*

                                                By:   /s/ Lindsey H. Taylor
                                                            LINDSEY H. TAYLOR

Dated:  December 21, 2012