| | |
|---|---|
| Jay W. Eisenhofer<br>Geoffrey C. Jarvis<br>James R. Banko<br>GRANT & EISENHOFER P.A.<br>1201 N. Market Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 622-7000 | Salvatore J. Graziano<br>Adam H. Wierzbowski<br>BERNSTEIN LITOWITZ BERGER &<br>GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 554-1400 |

*CO-LEAD COUNSEL FOR PLAINTIFFS AND THE CLASS*

| | |
|---|---|
| Stephen A. Weiss<br>Christopher A. Seeger<br>SEEGER WEISS LLP<br>550 Broad Street<br>Newark, NJ 07102<br>(973) 639-9100 | James E. Cecchi<br>CARELLA, BYRNE, CECCHI<br>OLSTEIN, BRODY & AGNELLO, P.C.<br>5 Becker Road<br>Roseland, NJ 07068-1739<br>(973) 994-1700 |

*LIASION COUNSEL FOR PLAINTIFFS AND THE CLASS*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD)<br><br>**ORDER** |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., ("Carella Byrne") Liaison Counsel for Plaintiffs and the Class, and Bernstein Litowitz Berger & Grossmann LLP, Co-Lead Counsel for Plaintiffs and the Class, and counsel for Defendants consenting hereto, and good cause appearing,

IT IS THIS ___ day of December, 2012,

ORDERED that Abraham Alexander of Bernstein Litowitz Berger & Grossmann LLP is hereby admitted *pro hac vice* on behalf of Plaintiffs in the above matter pursuant to L.Civ.R. 101.(c); and it is further

ORDERED that all notices, pleadings and other papers filed with the Court shall be served upon Carella Byrne, Liaison Counsel for Plaintiffs and the Class and that Carella Byrne shall enter all appearances and be responsible for signed papers and for the conduct of the attorneys admitted herewith; and it is further

ORDERED that Abraham Alexander shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), and shall make such payment for each year in which they continue to appear *pro hac vice* in this matter; and it is further

ORDERED that Abraham Alexander shall pay a fee to the Clerk in the amount of $150.

_____
JOSEPH A. DICKSON, U.S.M.J.