# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

**COUNSELLORS AT LAW**

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| ELLIOT M. OLSTEIN | KENNETH L. WINTERS | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| ARTHUR T. VANDERBILT, II | JEFFREY A. COOPER | **www.carellabyrne.com** | | ERIC MAGNELLI |
| JAN ALAN BRODY | CARL R. WOODWARD, III | | OF COUNSEL | DONALD A. ECKLUND |
| JOHN M. AGNELLO | MELISSA E. FLAX | | | AUDRA E. PETROLLE |
| CHARLES M. CARELLA | DENNIS F. GLEASON | | | MEGAN A. NATALE |
| JAMES E. CECCHI | DAVID G. GILFILLAN | | | AMANDA J. BARISICH |
| | G. GLENNON TROUBLEFIELD | | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | | | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | LINDSEY H. TAYLOR | | | |
| JOHN G. GILFILLAN III (1936-2008) | CAROLINE F. BARTLETT | | | °MEMBER NY BAR ONLY |
| | | | | +MEMBER FL BAR ONLY |

January 4, 2013

<u>VIA ECF</u>

Clerk
United States District Court
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

   Re: <u>*In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation*,</u>
     <u>Civil Action No. 08-2177 (DMC) (JAD)</u>

Dear Sir:

  We are Liaison Counsel for represents Lead Plaintiffs in the above-referenced action. Kindly change the email address for *pro hac vice* attorney Laura Gundersheim from laura@blbglaw.com to laurag@blbglaw.com.

  Thank you for your continued attention to this matter.  If you have any questions, please do not hesitate to contact me.

         Very truly yours,

        CARELLA, BYRNE, CECCHI,
        OLSTEIN, BRODY & AGNELLO

         /s/ Lindsey H. Taylor

         LINDSEY H. TAYLOR

cc: All persons on ECF Service List (via ECF)