# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION/ENHANCE SECURITIES LITIGATION | 08-CV-397 (DMC) (JAD) |
| IN RE MERCK & CO., INC., VYTORIN/ZETIA SECURITIES LITIGATION | 08-CV-2177 (DMC) (JAD) |

## STIPULATION

**WHEREAS**, on December 17 and 21, 2012, the parties met and conferred in an effort to reduce the number of pre-trial motions; and

**WHEREAS**, the parties have agreed that certain evidence and argument should not be presented at trial;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among counsel for the undersigned parties, that:

1. Plaintiffs and Defendants will not present evidence or otherwise reference at trial of this matter the formation of a special committee of the Board of Directors of Schering-Plough Corporation in 2008 to investigate various matters relating to the ENHANCE trial, including but not limited to the scope of the internal investigation, who conducted the internal investigation, how the internal investigation was conducted, or the findings of the internal investigation.

2. Defendants will not present evidence or otherwise reference at trial of this matter the findings or outcome of the internal investigation discussed in Paragraph 1. Nor will Defendants argue at trial of this matter that they relied on advice of counsel arising from the internal investigation discussed in Paragraph 1.

Dated: January 3, 2013

| | |
|---|---|
| **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br>jcecchi@carellabyrne.com<br>ltaylor@carellabyrne.com<br>*Liaison Counsel for Lead Plaintiffs (08-397, 08-2177)*<br><br>_/s/ James E. Cecchi_<br>James E. Cecchi | **TOMPKINS MCGUIRE, WACHENFELD & BARRY, LLP**<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-3300<br>wmcguire@tompkinsmcguire.com<br>*Attorneys for Merck and Schering-Plough*<br><br>_/s/ William B. McGuire_<br>William B. McGuire |
| **GRANT & EISENHOFER P.A.**<br>485 Lexington Avenue<br>29th Floor<br>New York, NY 10017<br>(646) 722-8500<br>jeisenhofer@gelaw.com<br>dberger@gelaw.com<br>jkairis@gelaw.com<br>*Co-Lead Counsel for the Class (08-2177)*<br><br>_/s/ Daniel L. Berger_<br>Daniel L. Berger | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 373-3000<br>dkramer@paulweiss.com<br>aoh@paulweiss.com<br>agordon@paulweiss.com<br>*Attorneys for Merck and Schering-Plough*<br><br>_/s/ Daniel J. Kramer_<br>Daniel J. Kramer |
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 554-1400<br>sgraziano@blbglaw.com<br>*Co-Lead Counsel for the Class (08-2177)*<br><br>_/s/ Salvatore J. Graziano_<br>Salvatore J. Graziano | **KROVATIN KLINGEMAN**<br>60 Park Place, Suite 1100<br>Newark, NJ 07102<br>(973) 424-9777<br>gkrovatin@krovatin.com<br>*Attorneys for the Director Defendants (08-397)*<br><br>_/s/ Gerald Krovatin_<br>Gerald Krovatin |

| |
|---|
| **LABATON SUCHAROW LLP**<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br>cmcdonald@labaton.com<br>*Counsel for Named Plaintiff Genesee County Employees' Retirement System*<br><br>_____<br>Christopher J. McDonald |

**SO ORDERED,**
this ___ day of _____, 2013.

_____
Joseph A. Dickson,
United Stated Magistrate Judge