| | |
|---|---|
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **GRANT & EISENHOFER P.A.** |

March 25, 2013

**VIA ECF**

The Honorable Dennis M. Cavanaugh
United States District Court
M.L. King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   *In re Merck & Co., Inc. Vytorin/Zetia Securities Litigation*, No. 08-2177 (DMC) (JAD)

Dear Judge Cavanaugh:

On behalf of Lead Plaintiffs, Stichting Pensioenfonds ABP, International Fund Management, S.A. Luxemburg, The Jacksonville Police and Fire Retirement System and The General Retirement System of the City of Detroit, we hereby consent to the Court's intention to appoint Stephen M. Greenberg and Jonathan J. Lerner as Special Masters pursuant to Federal Rules of Civil Procedure 23(h)(4) and 54 (d)(2)(D) to recommend and report to the Court on issues arising from Plaintiffs' Counsels' application for legal fees and expenses.

Respectfully Submitted,

| | |
|---|---|
| /s/ Max W. Berger | /s/ Daniel L. Berger/LHG |
| Max W. Berger | Jay W. Eisenhofer |
| Salvatore J. Graziano | Daniel L. Berger |
| **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** | **GRANT & EISENHOFER P.A.** |
| 1285 Avenue of the Americas | 485 Lexington Avenue |
| New York, NY 10019 | New York, NY 10017 |
| Telephone: (212) 554-1400 | Telephone: (646) 722-8500 |
| Facsimile: (212) 554-1444 | Facsimile: (646) 722-8501 |

*Co–Lead Counsel for the Class*

cc: All Counsel (Via ECF)