| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>(973) 994-1700<br><br>*Co-Liaison Counsel for Lead Plaintiffs<br>and the Classes* | Salvatore J. Graziano<br>Adam H. Wierzbowski<br>Laura H. Gundersheim<br>BERNSTEIN LITOWITZ BERGER &<br>GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 554-1400<br><br>*Co-Lead Counsel for Lead Plaintiffs and<br>the Classes* |
| Daniel L. Berger<br>Jeff A. Almeida<br>Christine Mackintosh<br>Kyle McGee<br>GRANT & EISENHOFER P.A.<br>485 Lexington Avenue<br>New York, NY 10017<br>(646) 722-8500<br><br>*Co-Lead Counsel for the Merck Lead<br>Plaintiffs and the Merck Class* | Jonathan M. Plasse<br>Christopher J. McDonald<br>Stephen W. Tountas<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>(212) 907-0700<br><br>*Co-Lead Counsel for the Schering Lead<br>Plaintiffs and the Schering Class* |

| | |
|---|---|
| IN RE SCHERING-PLOUGH<br>CORPORATION/ENHANCE<br>SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Civil Action No. 2:08-cv-397 (DMC)(JAD)<br><br>**ORDER TO SEAL** |
| IN RE MERCK & CO., INC.<br>VYTORIN/ZETIA SECURITIES<br>LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Civil Action No. 2:08-2177 (DMC)(JAD)<br><br>**ORDER TO SEAL** |

This matter, having been opened to the Court by way of motion by Plaintiffs for the entry of an Order, pursuant to Local Civil Rule 5.3, sealing the parties' Final Pretrial Order and the exhibits thereto,

The Court, having considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this 8th day of April, 2013,

ORDERED that the parties' Final Pretrial Order and the exhibits thereto are hereby sealed, and *

_____
JOSEPH A. DICKSON, U.S.M.J.

* IT IS FURTHER ORDERED that the moving party shall file redacted versions of the aforementioned documents within ten (10) days of the date of this Order in compliance with L.Civ.R. 5.3.

2