| | |
|---|---|
| William B. McGuire<br>TOMPKINS, MCGUIRE,<br>WACHENFELD & BARRY LLP<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>(973) 622-3000 | Douglas S. Eakeley<br>LOWENSTEIN SANDLER PC<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 597-2500 |
| Theodore V. Wells, Jr.<br>Daniel J. Kramer<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000 | Alex Young K. Oh<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON<br>2001 K Street, NW<br>Washington, D.C. 20006-1047<br>(202) 223-7300 |

*Attorneys for Merck and Schering Defendants*

Gerald Krovatin
KROVATIN KLINGEMAN LLC
60 Park Place, Suite 1100
Newark, New Jersey 07102
(973) 424-9777

*Attorneys for Schering Director Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE MERCK & CO., INC.<br>VYTORIN/ZETIA SECURITIES<br>LITIGATION | 08-CV-2177 (DMC) (JAD) |
| IN RE SCHERING-PLOUGH<br>CORPORATION/ENHANCE<br>SECURITIES LITIGATION | 08-CV-397 (DMC) (JAD) |

**ORDER GRANTING DEFENDANTS' MOTION TO**
**FILE DOCUMENTS UNDER SEAL PURSUANT TO L. CIV. R. 5.3**

THIS MATTER having been opened to the Court upon motion by Tompkins, McGuire, Wachenfeld & Barry LLP, attorneys for Defendants, and good cause having been shown,

IT IS, this 8th day of April, 2013, hereby ORDERED:

Defendants' Motion to File Documents Under Seal is GRANTED. The following documents are hereby sealed: (1) the Memorandum of Law in Support of Defendants' Motion to Bifurcate Trial (Schering Docket Entry 348; Merck Docket Entry 283); (2) Exhibits 2-8 to the Affidavit in Support of Defendants' Motion to Bifurcate Trial (Schering Docket Entries 350-1-7; Merck Docket Entries 284-1-7); (3) Exhibits 1, 3-6 to the Affidavit in Support of Defendants' Motion to Preclude Certain Testimony by Chad Coffman (Schering Docket Entries 354-354-4); (4) Exhibits 1-3, and 5 to the Affidavit in Support of Defendants' Motion to Preclude Certain Testimony by Gregg A. Jarrell (Merck Docket Entries 281-281-3); (5) the Memorandum of Law in Support of Defendants' Motion to Preclude Certain Opinion Testimony by Plaintiffs' Experts (Schering Docket Entry 341, Merck Docket Entry 277); (6) Exhibits 5-7 to the Affidavit of Robert N. Kravitz in Support of Defendants' Motion to Preclude Certain Opinion Testimony by Plaintiffs' Science Experts (Schering Docket Entries 342-342-2, Merck Docket Entries 278-278-2); (7) the Merck and Schering Defendants' Memorandum of Law in Support of Their Motion *in Limine* No. 3:

1

To Preclude Plaintiffs from Offering in Evidence Anonymous Postings From the Cafepharma Website Message Boards (Schering Docket Entry 356, Merck Docket Entry 287); (8) the Merck and Schering Defendants' Memorandum of Law in Support of Their Motion *in Limine* No. 6: To Preclude Plaintiffs From Offering Certain Hearsay and Improper Opinion Testimony of Meredith Gene Bond (Schering Docket Entry 356-2, Merck Docket Entry 287-2); (9) Exhibits 22, 24, 25, 39, 44-48, and 50-52 to the Second Affidavit of Robert N. Kravitz (Schering Docket Entries 358-358-11, Merck Docket Entries 288-288-11); and (10) Defendants' Trial Brief (Schering Docket Entry 374; Merck Docket Entry 297); and

**IT IS FURTHER ORDERED** that the moving party shall file redacted versions of the aforementioned documents within ten (10) days of the date of this Order in compliance with L.Civ.R. 5.3.

_____
Hon. Joseph A. Dickson, U.S.M.J.

2