James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO, PC
5 Becker Farm Road
Roseland, NJ 07068-1739
(973) 994-1700
*Liaison Counsel for the Class*

Daniel L. Berger
John C. Kairis
Jeff A. Almeida
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
(646) 722-8500
*Co-Lead Counsel for the Merck Lead
Plaintiffs and Class*

Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 554-1400
*Co-Lead Counsel for the Schering and
Merck Lead Plaintiffs and Classes*

Christopher J. McDonald
Stephen W. Tountas
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907-0700
*Co-Lead Counsel for the Schering Lead
Plaintiffs and Class*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE SCHERING-PLOUGH CORPORATION / ENHANCE SECURITIES LITIGATION | ~~Civil Action No. 08-397 (DMC) (JAD)~~ |
| IN RE MERCK & CO., INC VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177(DMC) (JAD) |

**ORDER**

THIS MATTER having been opened to the Court by way of motion by Plaintiffs for the entry of an Order sealing the Brief and Exhibits in support of their motions *in limine* pursuant to Local Civil Rule 5.3, and the Court having considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this _____ day of ~~March~~ April, 2013,

ORDERED that Plaintiffs' Brief and Exhibits in support of their motions *in limine* are hereby sealed; and

**IT IS FURTHER ORDERED** that the moving party shall file redacted versions of the aforementioned documents within ten (10) days of the date of this Order in compliance with L.Civ.R. 5.3.

JOSEPH A. DICKSON, U.S.M.J.