Lindsey H. Taylor
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Co-Liaison Counsel for Lead Plaintiffs
and the Class*

| | |
|---|---|
| Daniel L. Berger | Salvatore J. Graziano |
| Jeff A. Almeida | Adam H. Wierzbowski |
| Christine Mackintosh | Laura H. Gundersheim |
| Kyle McGee | BERNSTEIN LITOWITZ BERGER & |
| GRANT & EISENHOFER P.A. | GROSSMANN LLP |
| 485 Lexington Avenue | 1285 Avenue of the Americas |
| New York, NY 10017 | New York, New York 10019 |
| Telephone (646) 722-8500 | (212) 554-1400 |

*Co-Lead Counsel for Lead Plaintiffs and the Class*    *Co-Lead Counsel for Lead Plaintiffs and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD) <br><br> ORDER |

This matter having been opened to the Court by way of motion by Plaintiffs for the entry of an Order, pursuant to Local Civil Rule 5.3, sealing the following documents:

- Plaintiffs' Memorandum of Law in Opposition to Defendants' *Daubert* Motion to Preclude Certain Opinion Testimony by

- Plaintiffs' Experts and Joint Declaration of Christopher J. McDonald and Jeff A. Almeida and Exhibits 1, 2, 5, 6, 7, 8, 9, 10, 11, 12 and 14 annexed thereto; and

- Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Preclude Certain Testimony by Professor Gregg A. Jarrell, the Declaration of John C. Kairis in support thereof, and the Exhibits thereto.

The Court, having considered Plaintiffs' submissions in support of their Motion to Seal, the nature of the materials at issue, the legitimate public and private interests, the harm that will result if the materials are not sealed, and the available alternatives to sealing the exhibits, and good cause having been shown,

IT IS this _____ day of ~~February~~ April, 2013,

ORDERED that (i) Plaintiffs' Memorandum of Law in Opposition to Defendants' *Daubert* Motion to Preclude Certain Opinion Testimony by Plaintiffs Experts and Joint Declaration of Christopher J. McDonald and Jeff A. Almeida and Exhibits 1, 2, 5, 6, 7, 8, 9, 10, 11, 12 and 14 annexed thereto; and (ii) Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Preclude Certain Testimony by Professor Gregg A. Jarrell, the Declaration of John C. Kairis in support thereof, and the Exhibits thereto are all hereby sealed; and

**IT IS FURTHER ORDERED that the moving party shall file redacted versions of the aforementioned documents within ten (10) days of the date of this Order in compliance with L.Civ.R. 5.3.**

_____
JOSEPH A. DICKSON, U.S.M.J.