NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MANSON v. SCHERING-PLOUGH CORPORATION, et al. | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 08-00397 (DMC)(JAD) |
| GENESEE COUNTY EMPLOYEES' RETIREMENT SYSTEM v. MERCK & CO., INC., et al. | Civil Action No. 08-2177 (DMC)(JAD) |

DENNIS M. CAVANAUGH, U.S.D.J.:

In light of this Court's recent Orders, granting preliminary approval of a proposed settlement in these two related matters (Docket # 08-cv-00397, Jun. 7, 2013, ECF No. 421; Docket # 08-2177, Jun. 7, 2013, ECF No. 330), and the upcoming Settlement Hearing scheduled to be held on October 1, 2013;

IT IS on this 12 day of June 2013;

**ORDERED** that in light of the anticipated settlement, all pending motions *in limine* in Docket # 08-cv-00397 (ECF Nos. 340, 343, 346, 347, 352, 355, 359, 360, 363, 365) are **denied without prejudice**, as moot; and it is further,

**ORDERED** that based upon the same, all pending motions *in limine* in Docket # 08-cv-2177 (ECF Nos. 276, 279, 282, 285, 289, 291) are **denied without prejudice**, as moot; and it is further,

**ORDERED** that if final settlement is not approved, the parties may re-file all motions *in limine* relying on their briefs as previously submitted.

                                              Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk's Office |
| cc: | Hon. Joseph A. Dickson, U.S.M.J. |
| | All Counsel of Record |
| | File |