| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI<br>OLSTEIN, BRODY & AGNELLO, PC<br>5 Becker Farm Road<br>Roseland, New Jersey 07068-1739<br>(973) 994-1700<br>*Liaison Counsel for the Class* | Jay W. Eisenhofer<br>Daniel L. Berger<br>John C. Kairis<br>Jeff A. Almeida<br>GRANT & EISENHOFER P.A.<br>485 Lexington Avenue<br>New York, New York 10017<br>(646) 722-8500<br>*Co-Lead Counsel for Lead Plaintiffs<br>and the Class* |
| Salvatore J. Graziano<br>Adam H. Wierzbowski<br>Laura H. Gundersheim<br>BERNSTEIN LITOWITZ BERGER<br>& GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(212) 554-1400<br>*Co-Lead Counsel for Lead Plaintiffs<br>and the Class* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE MERCK & CO., INC.<br>VYTORIN/ZETIA SECURITIES<br>LITIGATION | Civil Action No. 08-2177 (DMC) (JAD)<br><br>**NOTICE OF MOTION** |

To:   All Persons on ECF Service List

PLEASE TAKE NOTICE that, on October 1, 2013 at 10:00 a.m., Co-Lead Counsel, on behalf of all Plaintiffs' Counsel, shall move before the Hon. Dennis M. Cavanaugh, U.S.D.J. in Courtroom PO 04 at the Frank R. Lautenberg U.S. Post Office and Courthouse Building, Newark, New Jersey 07101, for entry of an Order: (1) awarding attorneys' fees to be paid from the Settlement achieved in the above-captioned action; (2) providing for the reimbursement of expenses incurred in connection with this action; and (3) granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that, in support of the motion, Co-Lead Counsel will rely upon the accompanying Memorandum of Law in support of the motion and the Joint Declaration of Salvatore J. Graziano and Daniel L. Berger, with annexed exhibits. A proposed order granting the requested relief will be submitted with Co-Lead Counsel's reply papers, after the deadline for objecting to the fee and expense request has passed.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests oral argument.

                                          CARELLA, BYRNE, CECCHI,
                                          OLSTEIN, BRODY & AGNELLO, P.C.

                                          By:   /s/ James E. Cecchi
                                                 JAMES E. CECCHI

Dated: July 2, 2013

Jay W. Eisenhofer
Daniel L. Berger
John C. Kairis
Jeff A. Almeida
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York 10017
(646) 722-8500

*Co-Lead Counsel for Lead Plaintiffs
and the Class*

Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400
*Co-Lead Counsel for Lead Plaintiffs
and the Class*