| | |
|---|---|
| James E. Cecchi<br>Lindsey H. Taylor<br>CARELLA, BYRNE, CECCHI<br>  OLSTEIN, BRODY & AGNELLO, PC<br>5 Becker Farm Road<br>Roseland, NJ  07068-1739<br>(973) 994-1700<br>*Liaison Counsel for the Class* | Salvatore J. Graziano<br>Adam H. Wierzbowski<br>Laura H. Gundersheim<br>BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP<br>1285 Avenue of the Americas<br>New York, NY  10019<br>(212) 554-1400<br>*Lead Counsel for the Lead Plaintiffs and Class* |

Jay W. Eisenhofer
Daniel L. Berger
John C. Kairis
Jeff A. Almeida
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
(646) 722-8500
*Lead Counsel for the Lead Plaintiffs and Class*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC<br>VYTORIN/ZETIA SECURITIES<br>LITIGATION | Civil Action No. 08-2177(DMC) (JAD)<br><br>**CERTIFICATION OF SERVICE** |

    LINDSEY H. TAYLOR, ESQ. of full age, hereby declares under penalty of perjury as follows:

    1.  I am an attorney licensed to practice in New Jersey and am a member of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, Liaison Counsel for the Class in this matter.  In such capacity, I am fully familiar with the facts contained herein.

    2.  On August 15, 2013, I served Lead Plaintiffs' Brief, the Supplemental Declaration of Stephanie A. Thurin, and Declaration of James E. Cecchi responding to the objections to the settlement in the above matter upon all persons on the ECF service list by filing those electronically filing those documents on the Court's ECF system.

3. In addition, I served copies of the foregoing documents upon counsel for the objectors by sending them via Federal Express overnight delivery service to the following:

Vincent S. Verdiramo, Esq.
Verdiramo & Verdiramo
3163 Kennedy Boulevard
Jersey City, New Jersey 07306

New Jersey Counsel for Objector
FRANKLIN DeJULIUS

Forrest S. Turkish, Esq.
Law Office of Forrest S. Turkish
595 Broadway
Bayonne, New Jersey 07002

Counsel for Objectors
ORLOFF FAMILY TRUST DTD 12/13/01
and DR. MARSHALL ORLOFF

I hereby declare under penalty of perjury that the foregoing is true and correct.

        /s/ Lindsey H. Taylor
        LINDSEY H. TAYLOR

Dated: August 15, 2013