

**Grant & Eisenhofer P.A.**

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000 • Fax: 302-622-7100

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500 • Fax: 646-722-8501

www.gelaw.com

1920 L Street, N.W., Suite 400
Washington, DC 20036
Tel: 202-386-9500 • Fax: 202-386-9505

Direct Dial: 646-722-8522
Email: dberger@gelaw.com

September 13, 2013

<u>VIA ECF & HAND DELIVERY</u>

Jonathan J. Lerner
Stephen M. Greenberg
Pilgrim Mediation Group LLC
4 Times Square
New York, New York 10036

    Re:    <u>In re Merck & Co. Inc. Vytorin/Zetia Sec. Litig. No. 08-cv-2177</u>

Dear Mr. Lerner and Mr. Greenberg:

    I am a director of Grant & Eisenhofer, one of the two court-appointed Co-Lead Counsel in this action. I write with respect to Co-Lead Counsel's Motion for An Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Motion").

    After additional consideration of our request for reimbursement of expenses, as set forth in the Joint Declaration of Daniel L. Berger and Salvatore J. Graziano dated July 2, 2013 and the Supplemental Declaration of Daniel L. Berger and Salvatore J. Graziano dated September 6, 2013 (together, the "Declarations") submitted in support of the Motion, and in light of the Report and Recommendation of the Special Masters Relating to the Award of Attorneys' Fees and Expenses dated August 27, 2013, Co-Lead Counsel have elected to modify our request with respect to the in-house copying charges incurred by Co-Lead Counsel. Specifically, the amounts for in-house copying reflected in the Motion and in the Declarations were calculated by Co-Lead Counsel using a rate of $0.25 per page. Co-Lead Counsel have elected to reduce the rate for their firms to $ 0.15 per page. This change results in a reduction in the amount of expense reimbursement sought for in-house copying costs in the amount of $177,037.09. Together with the reductions identified in the Supplemental Declaration, these adjustments result in a reduction in the amount of expense reimbursement sought for in-house copying costs for all Plaintiffs' Counsel from $530,263.64 to $269,880.05.

    Accordingly, Co-Lead Counsel now seek reimbursement, on behalf of all Plaintiffs' Counsel, of expenses in the total amount of $4,070,435.55. I attach a revised chart setting forth the total amounts of requested expenses by category.

                   Sincerely,

                   *Daniel Berger/AC*

                   Daniel L. Berger

cc:  All Counsel via ECF

Attachment

| **Merck: Total Expenses By Category** | |
|---|---:|
| Court Fees | $5,121.68 |
| Service of Process | $311.03 |
| PSLRA Notice Costs | $1,062.50 |
| On-line Legal Research | $201,391.53 |
| On-line Factual Research | $11,209.41 |
| Telephone/Fax | $22,446.50 |
| Postage/Express Mail | $6,972.21 |
| Hand Delivery Charges | $582.20 |
| Local Transportation | $11,527.81 |
| Internal Copying | $269,880.05 |
| Outside Copying | $3,416.12 |
| Out of Town Travel | $246,598.91 |
| Working Meals | $5,278.30 |
| Depositions/Meeting Hosting | $10,232.24 |
| Court reporting/Transcripts | $98,400.50 |
| Special Publications | $847.10 |
| Experts/Consultants | $585,005.62 |
| Trial/Jury Consultant | $592,833.34 |
| Doc Management/Litigation Support | $186,441.13 |
| Mediation Fees | $27,400.00 |
| Investigation | $92,489.60 |
| Investment Advisor Subpoena | $191,835.74 |
| Outside IT | $2,300.00 |
| Litigation Fund Contributions | $1,496,852.03 |
| | |
| **TOTAL** | **$4,070,435.55** |