NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE SCHERING-PLOUGH CORP. ENHANCE SECURITIES LITIGATION | Hon. Dennis M. Cavanaugh<br><br>**ORDER**<br><br>Civil Action No. 08-397 (DMC) (JAD) |
| IN RE MERCK & CO., VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon the following: 1) Motion for Final Approval of Class Action Settlement and Plan of Allocation by Lead Plaintiffs appointed in the action <u>In Re Merck & Co., Vytorin/Zeita Secutiries Litigation</u> (the "Merck Action"); 2) Motion for Final Approval of Class Action Settlement and Plan of Allocation by Lead Plaintiffs appointed in the action <u>In Re Schering-Plough Corp. Enhance Securities Litigation</u> (the "Schering Action"); and 3) Report and Recommendation of the Special Masters Relating to the Award of Attorneys' Fees and Expenses (the "Report") (ECF Nos. 435; 342). Pursuant to FED. R. CIV. P 78, no oral argument was heard.

Upon careful consideration of the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS on this ___1___ day of October, 2013

ORDERED that the both Motions for Final Approval of Class Action Settlement and

Plan of Allocation are **granted**, and The Report is **adopted** in its entirety.

Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk's Office
cc:         Hon. Mark Falk, U.S.M.J.
            All Counsel of Record
            File