# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO. INC. VYTORIN /ZETIA SECURITIES LITIGATION | ) ) Civil Action No. 08-2177 (DMC)(JAD) ) ) |

## NOTICE OF APPEAL

Class member Franklin DeJulius hereby appeals to the United States Court of Appeals for the Third Circuit from this Court's October 1, 2013 Order granting Motion for Attorneys' Fees and Expenses (Document 353).

Franklin DeJulius
By his attorneys,

/s/ Vincent S. Verdiramo
VINCENT S. VERDIRAMO
VERDIRAMO & VERDIRAMO ESQS, PA
3163 Kennedy Blvd.
Jersey City NJ 07306
(201) 798-7082
(201) 798-4627
mmf036@aol.com

John J. Pentz,
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5725
Fax: (978) 405-5161
Clasaxn@earthlink.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on October 25, 2013, and that as a result electronic notice of the filing was served upon all attorneys of record.

/s/ Vincent S. Verdiramo
Vincent S. Verdiramo