James E. Cecchi
Lindsey H. Taylor
CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO, PC
5 Becker Farm Road
Roseland, New Jersey 07068-1739
(973) 994-1700
*Liaison Counsel for the Class*

Max W. Berger
Salvatore J. Graziano
Adam H. Wierzbowski
Laura H. Gundersheim
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 554-1400
*Co-Lead Counsel for Lead Plaintiffs and
the Class*

Jay W. Eisenhofer
Daniel L. Berger
John C. Kairis
Jeff A. Almeida
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, New York 10017
(646) 722-8500
*Co-Lead Counsel for Lead Plaintiffs
and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., INC. VYTORIN/ZETIA SECURITIES LITIGATION | Civil Action No. 08-2177 (DMC) (JAD) |
| | **ORDER** |

THIS MATTER having been opened to the Court by Co-Lead Counsel for Lead Plaintiffs

and the Class, in the presence of all parties of record and counsel for objectors Franklin DeJulius,

Dr. Marshall J. Orloff IRA R/O and Orloff Family Trust DTD 12/13/01 ("Appealing Objectors"),

and the Court having read the parties papers and good cause appearing,

IT IS THIS 8 day of ~~December~~, JAN, 2014 ~~2013~~

ORDERED that the motion to require the Appealing Objectors to post bonds pursuant to

Fed.R.App.P. 7 is granted; and it is further

ORDERED that Appealing Objectors are jointly and severally responsible for the posting of a single bond in the amount of $50,000 pursuant to Fed.R.App.P. 7, under which they will be jointly and severally liable.

DENNIS M. CAVANAUGH, U.S.D.J.

2