NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE MERCK & CO., VYTORIN/ZETIA SECURITIES LITIGATION | Hon. Dennis M. Cavanaugh<br><br>**ORDER**<br><br>Civil Action No. 08-2177 (DMC) (JAD) |

DENNIS M. CAVANAUGH, U.S.D.J.:

**WHEREAS** Objector Franklin DeJulius filed a Motion for Reconsideration regarding this Court's Order for Bond on January 17, 2014 (ECF No. 364);

**WHEREAS** Plaintiffs filed an Opposition on January 27, 2014 (ECF No. 365);

**WHEREAS** Franklin DeJulius filed a Reply on January 30, 2014 (ECF No. 366);

**WHEREAS** pursuant to L. Civ. R. 7.1(i)(d), reply papers shall not be filed for Motions for Reconsideration unless permitted by the Court;

**WHEREAS** Franklin DeJulius was not permitted to file a Reply;

IT IS on this 31 day of January, 2014

**ORDERED** that Franklin DeJulius's Reply be stricken.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original: Clerk's Office
cc: Hon. Joseph A. Dickson U.S.M.J.
All Counsel of Record
File