# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 13-4327

Dr. Marshall J. Orloff ORA R/O, et al v. Stichting Pensioenfonds ABP, et al

(Originating Court No. 2-08-cv-02177)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  5/6/2014


cc: Daniel L. BergerEsq.
Max W. BergerEsq.
James L. BrochinEsq.
James E. CecchiEsq.
Douglas S. EakeleyEsq.
Brian M. English IEsq.
Ronni E. FuchsEsq.
Salvatore J. GrazianoEsq.
Jason E. HalperEsq.
Daniel J. KramerEsq.
Gerald KrovatinEsq.
William B. McGuireEsq.
J. Darrell PalmerEsq.
Laura H. PosnerEsq.
Gavin J. RooneyEsq.
Forrest S. TurkishEsq.
Theodore V. Wells Jr.Esq.

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.