# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 13-4253

In re: Merck & Co.

(Originating Court No. 2-08-cv-02177)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: September 2, 2014

cc: Daniel L. BergerEsq.
Max W. BergerEsq.
James L. BrochinEsq.
James E. CecchiEsq.
Douglas S. EakeleyEsq.
Brian M. English IEsq.
Ronni E. FuchsEsq.
Salvatore J. GrazianoEsq.
Daniel J. KramerEsq.
John J. PentzEsq.
Lindsey H. TaylorEsq.
Theodore V. Wells Jr.Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.