John Pentz, Esq.
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5725
Fax: (978) 405-5161
jjpentz3@gmail.com

October 21, 2014

Clerk, United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   In re Merck & Co., Inc. Vytorin/Zetia Securities Litig., No. 08-2177

Dear Sir/Madam:

   Class member Franklin DeJulius filed a Motion for Return of Appeal Bond on September 10, 2014, Document 377. That motion was set for an October 6, 2014 hearing. The motion was unopposed. To date, there has been no action taken on the motion.

   Thank you.

                                        Sincerely,


                                        /s/ John Pentz